Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

OF COUNSEL:

Raymond N. Nimrod
Matthew A. Traupman
Catherine T. Mattes
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010

*Attorneys for Plaintiffs*
*Mitsubishi Tanabe Pharma Corp.,*
*Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT, LLC, and CILAG GMBH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC., LAURUS LABS LTD., INDOCO REMEDIES LTD., ZYDUS PHARMACEUTICALS (USA) INC., SANDOZ, INC., and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Civil Action No. ________________<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>(Filed Electronically) |

Plaintiffs Mitsubishi Tanabe Pharma Corp. ("MTPC"), Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Pharmaceutica NV ("JNV"), Janssen Research and Development, LLC ("JRD"), and Cilag GmbH International ("Cilag") (collectively, "Plaintiffs"), by their attorneys, for their complaint against MSN Laboratories Private Ltd. ("MSN Ltd"), MSN Pharmaceuticals, Inc. ("MSN Pharms") (collectively, "MSN"), Laurus Labs Ltd. ("Laurus"), Indoco Remedies Ltd. ("Indoco"), Zydus Pharmaceuticals (USA) Inc. ("Zydus"), Sandoz, Inc. ("Sandoz"), and Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "Defendants"), allege as follows:

**NATURE OF THE ACTION**

1. This is a civil action for infringement of United States Patent Nos. 7,943,582 (the "'582 patent") and 8,513,202 (the "'202 patent") (collectively, the "Patents-in-suit") under the patent laws of the United States, 35 U.S.C. §100, *et seq.* This action arises from MSN Ltd's filing of Abbreviated New Drug Application ("ANDA") No. 210462 ("the MSN ANDA") with the United States Food and Drug Administration ("FDA") seeking approval to commercially market generic versions of JPI's 100 mg and 300 mg INVOKANA® drug product ("the MSN ANDA Product"), Laurus's filing of ANDA No. 210503 ("the Laurus ANDA") with the FDA seeking approval to commercially market generic versions of JPI's 100 mg and 300 mg INVOKANA® drug product ("the Laurus ANDA Product"), Indoco's filing of ANDA No. 210312 ("the Indoco '312 ANDA") with the FDA seeking approval to commercially market generic versions of JPI's 100 mg and 300 mg INVOKANA® drug product ("the Indoco '312 ANDA Product"), Indoco's filing of ANDA No. 210311 ("the Indoco '311 ANDA") with the FDA seeking approval to commercially market generic versions of JPI's 50 mg/500 mg; 50 mg/1 g; 150 mg/500 mg; and 150 mg/1 g INVOKAMET® drug product ("the Indoco '311 ANDA

Product”), Zydus’s filing of ANDA No. 210541 (“the Zydus ’541 ANDA”) with the FDA seeking approval to commercially market generic versions of JPI’s 100 mg and 300 mg INVOKANA® drug product (“the Zydus ’541 ANDA Product”), Zydus’s filing of ANDA No. 210542 (“the Zydus ’542 ANDA”) with the FDA seeking approval to commercially market generic versions of JPI’s 50 mg/500 mg; 50 mg/1 g; 150 mg/500 mg; and 150 mg/1 g INVOKAMET® drug product (“the Zydus ’542 ANDA Product”), Sandoz’s filing of ANDA No. 210297 (“the Sandoz ’297 ANDA”) with the FDA seeking approval to commercially market generic versions of JPI’s 100 mg and 300 mg INVOKANA® drug product (“the Sandoz ’297 ANDA Product”), Sandoz’s filing of ANDA No. 210481 (“the Sandoz ’481 ANDA”) with the FDA seeking approval to commercially market generic versions of JPI’s 50 mg/500 mg; 50 mg/1 g; 150 mg/500 mg; and 150 mg/1 g INVOKAMET® drug product (“the Sandoz ’481 ANDA Product”), and Teva’s filing of ANDA No. 210451 (“the Teva ANDA”) with the FDA seeking approval to commercially market generic versions of JPI’s 100 mg and 300 mg INVOKANA® drug product (“the Teva ANDA Product”) prior to the expiration of the Patents-in-suit.

**THE PARTIES**

2. MTPC is a corporation organized and existing under the laws of Japan, having an office and place of business at 3-2-10, Dosho-machi, Chuo-ku, Osaka 541-8505, Japan.

3. JPI is a corporation organized and existing under the laws of the State of Pennsylvania, having its principal place of business at 1125 Trenton-Harbourton Road, Titusville, New Jersey 08560.

4. JNV is a corporation organized and existing under the laws of Belgium, having its principal place of business at Turnhoutseweg, 30, 2340 Beerse, Belgium.

5. JRD is a corporation organized and existing under the laws of the State of New Jersey, having its principal place of business at 920 Route 202, Raritan, New Jersey 08869.

6. Cilag is a company organized and existing under the laws of Switzerland, having its principal place of business at Gubelstrasse 34, 6300, Zug, Switzerland.

7. On information and belief, defendant MSN Ltd is an Indian corporation, having its principal place of business at MSN House, Plot No: C-24, Industrial Estate, Sanathnagar, Hyderabad – 18, Telangana, India.

8. Upon information and belief, MSN Pharms is a corporation organized under the laws of the State of Delaware, having its principal place of business at 343 Thornall Street, Suite 678, Edison, NJ 08837.

9. On information and belief, defendant Laurus is an Indian corporation, having its principal place of business at 2nd Floor, Serene Chambers Road # 7, Banjara Hills, Hyderabad – 500 034, India.

10. On information and belief, defendant Indoco is an Indian corporation, having its principal place of business at Indoco House, 166 CST Road, Kalina, Santacruz (East), Mumbai 400098, India.

11. On information and belief, defendant Zydus is a corporation organized under the laws of the State of New Jersey, having its principal place of business at 73 Route 31 North, Pennington, New Jersey 08534.

12. On information and belief, defendant Sandoz is a corporation organized and existing under the laws of the State of Colorado, and having its principal place of business at 100 College Road West, Princeton, NJ 08540.

13. On information and belief, Teva is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 1090 Horsham Road, North Wales, Pennsylvania 19454.

**THE PATENTS-IN-SUIT**

14. On May 17, 2011, the United States Patent and Trademark Office ("USPTO") duly and lawfully issued the '582 patent, entitled "Crystalline form of 1-(β-D-glucopyransoyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate" to MTPC as assignee of inventors Sumihiro Nomura and Eiji Kawanishi. A copy of the '582 patent is attached as Exhibit A.

15. JPI, JRD, and Cilag are exclusive licensees of the '582 patent.

16. JNV is an exclusive sublicensee of the '582 patent.

17. On August 20, 2013, the USPTO duly and lawfully issued the '202 patent, entitled "Crystalline form of 1-(β-D-glucopyransoyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate" to MTPC as assignee of inventors Sumihiro Nomura and Eiji Kawanishi. A copy of the '202 patent is attached as Exhibit B.

18. JPI, JRD, and Cilag are exclusive licensees of the '202 patent.

19. JNV is an exclusive sublicensee of the '202 patent.

**THE INVOKANA® AND INVOKAMET® DRUG PRODUCTS**

20. JPI holds approved New Drug Application ("NDA") No. 204042 for canagliflozin tablets, which are prescribed and sold under the trademark INVOKANA®. INVOKANA® is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus.

21. JPI holds approved NDA No. 204353 for canagliflozin and metformin hydrochloride tablets, which are prescribed and sold under the trademark INVOKAMET®.

INVOKAMET® is indicated as an adjunct to diet and exercise to improve glycemic control in adults with type 2 diabetes mellitus who are not adequately controlled on a regimen containing metformin or canagliflozin or in patients who are already being treated with both canagliflozin and metformin.

22. The claims of the Patents-in-suit cover, *inter alia*, certain polymorphic forms of canagliflozin.

23. Pursuant to 21 U.S.C. § 355(b)(1), and attendant FDA regulations, the '582 and '202 patents are listed in the FDA publication "Approved Drug Products with Therapeutic Equivalence Evaluations" (the "Orange Book"), with respect to both INVOKANA® and INVOKAMET®.

**SUBJECT MATTER JURISDICTION**

24. This action arises under the patent laws of the United States, 35 U.S.C. §§ 100, *et seq*., and this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

**PERSONAL JURISDICTION AND VENUE OVER MSN**

25. On information and belief, MSN Pharms is a subsidiary of MSN Ltd and is controlled and dominated by MSN Ltd. On information and belief, MSN Ltd and MSN Pharms operate as a single integrated business with respect to the regulatory approval, manufacturing, marketing, sale and distribution of generic pharmaceutical products throughout the United States, including in this Judicial District. On information and belief, MSN is a "well-integrated [p]harmaceutical company" and takes an "integrated view of structures, competencies, tasks and processes" in the manufacturing, marketing, sale and distribution of its generic pharmaceutical products. Life at MSN, http://www.msnlabs.com/life-at-msn.html (last visited July 17, 2017).

26. This Court has personal jurisdiction over MSN Ltd because, *inter alia*, MSN Ltd has committed an act of patent infringement under 35 U.S.C. § 271(e)(2) and intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the MSN ANDA, MSN Ltd will work in concert with MSN Pharms to make, use, import, sell, and/or offer for sale the MSN ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

27. This Court also has personal jurisdiction over MSN Ltd because, *inter alia*, this action arises from actions of MSN Ltd directed toward New Jersey. For example, MSN Ltd's counsel sent a letter dated June 6, 2017 to JPI, a corporation with its principal place of business in this Judicial District stating that MSN Ltd had submitted ANDA No. 210462 seeking approval to commercially manufacture, use, import, offer for sale, and sell the MSN ANDA Product prior to the expiration of the Patents-in-suit. If MSN Ltd succeeds in obtaining FDA approval, it would work in concert with MSN Pharms to sell its MSN ANDA Product in New Jersey and other states, causing injury to Plaintiffs in New Jersey.

28. The Court also has personal jurisdiction over MSN Ltd because MSN Ltd has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, MSN Ltd regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, MSN Ltd derives substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey.

29. MSN's website states that "MSN Laboratories is one of the fastest growing research-based pharmaceutical compan[ies] in India" with "more than 250 customers across 65 countries around the globe [including] the US." About MSN, http://www.msnlabs.com/whoweare.html (last visited July 16, 2017). MSN's objectives include "[a]ctively fil[ing] DMFs & . . . ANDAs." MSN's Future, http://www.msnlabs.com/our-future.html (last visited July 16, 2017).

30. On information and belief, MSN Ltd has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

31. On information and belief, MSN Ltd derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

32. On information and belief, MSN Ltd has previously invoked, stipulated and/or consented to personal jurisdiction in this Judicial District in numerous patent cases.

33. MSN Ltd has previously been sued in this Judicial District and has availed itself of New Jersey courts through the assertion of counterclaims in suits brought in New Jersey, including in *AstraZeneca AB, et al. v. Citron Pharma LLC, et al.*, Civil Action No. 15-3383 (D.N.J.) (not contesting personal jurisdiction or venue and asserting counterclaims) and *Otsuka Pharmaceutical Co., Ltd. v. Amneal Pharmaceuticals, LLC, et al.*, Civil Action No. 15-1585 (D.N.J.) (not contesting personal jurisdiction or venue and asserting counterclaims).

34. In the alternative, this Court has jurisdiction over MSN Ltd because the requirements of Federal Rule of Civil Procedure 4(k)(2)(A) are met as (a) Plaintiffs' claims arise

under federal law; (b) MSN Ltd is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) MSN Ltd has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting an ANDA to the FDA and/or manufacturing and/or selling pharmaceutical products distributed throughout the United States, such that this Court's exercise of jurisdiction over MSN Ltd satisfies due process.

35. Venue is proper for MSN Ltd under 28 U.S.C. §§ 1391 and/or 1400(b), including because, *inter alia*, MSN Ltd is subject to personal jurisdiction in this Judicial District, as set forth above, has committed an act of infringement and will commit further acts of infringement in this Judicial District, as set forth in paragraphs 26-27 above, continuously transacts business in this Judicial District, as set forth in paragraph 28 above, and/or has a continuous and permanent presence in this Judicial District through its subsidiary, MSN Pharms.

36. This Court has personal jurisdiction over MSN Pharms because, *inter alia*, MSN Pharms intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the MSN ANDA, MSN Pharms will work in concert with MSN Ltd to make, use, import, sell, and/or offer for sale the MSN ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

37. The Court also has personal jurisdiction over MSN Pharms because MSN Pharms has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, MSN Pharms regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, MSN Pharms derives

substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey. On information and belief, MSN Pharms maintains its principal place of business in the State of New Jersey.

38. On information and belief, MSN Pharms has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

39. On information and belief, MSN Pharms derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

40. Venue is proper for MSN Pharms under 28 U.S.C. §§ 1391 and/or 1400(b), including because, *inter alia*, MSN Pharms is subject to personal jurisdiction in this Judicial District, as set forth above, has committed an act of infringement and will commit further acts of infringement in this Judicial District, as set forth in paragraphs 35-36 above, continuously transacts business in this Judicial District, as set forth in paragraph 37 above, and/or has a regular and established place of business in New Jersey.

**PERSONAL JURISDICTION AND VENUE OVER LAURUS**

41. This Court has personal jurisdiction over Laurus because, *inter alia*, Laurus has committed an act of patent infringement under 35 U.S.C. § 271(e)(2) and intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the Laurus ANDA, Laurus will make, use, import, sell, and/or offer for sale the Laurus ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

42. This Court also has personal jurisdiction over Laurus because, *inter alia*, this action arises from actions of Laurus directed toward New Jersey. For example, Laurus's counsel sent a letter dated June 6, 2017 to JPI, a corporation with its principal place of business in this Judicial District stating that Laurus had submitted ANDA No. 210503 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Laurus ANDA Product prior to the expiration of the Patents-in-suit. If Laurus succeeds in obtaining FDA approval, it would sell its Laurus ANDA Product in New Jersey and other states, causing injury to Plaintiffs in New Jersey. Laurus's website states it "intend[s] to file and market our own registrations in the US." Laurus Strategy, http://www.lauruslabs.com/strengths-strategy (last visited July 16, 2017). On information and belief, Laurus has several facilities approved to manufacture pharmaceutical products for sale in the United States. Laurus Manufacturing, http://www.lauruslabs.com/manufacturing-facilities (last visited July 16, 2017).

43. The Court also has personal jurisdiction over Laurus because Laurus has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, Laurus regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, Laurus derives substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey.

44. On information and belief, Laurus has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

45. On information and belief, Laurus derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

46. In the alternative, this Court has jurisdiction over Laurus because the requirements of Federal Rule of Civil Procedure 4(k)(2)(A) are met as (a) Plaintiffs' claims arise under federal law; (b) Laurus is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Laurus has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting an ANDA to the FDA and/or manufacturing and/or selling pharmaceutical products distributed throughout the United States, such that this Court's exercise of jurisdiction over Laurus satisfies due process.

47. Venue is proper for Laurus under 28 U.S.C. §§ 1391 and/or 1400(b), including because, *inter alia*, Laurus is subject to personal jurisdiction in this Judicial District, as set forth above, has committed an act of infringement and will commit further acts of infringement in this Judicial District, as set forth in paragraphs 41-42 above, and/or continuously transacts business in this Judicial District, as set forth in paragraph 43 above.

**PERSONAL JURISDICTION AND VENUE OVER INDOCO**

48. This Court has personal jurisdiction over Indoco because, *inter alia*, Indoco has committed an act of patent infringement under 35 U.S.C. § 271(e)(2) and intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the Indoco '312 ANDA and the Indoco '311 ANDA, Indoco will make, use, import, sell, and/or offer for sale the Indoco '312 ANDA Product and Indoco '311 ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

49. This Court also has personal jurisdiction over Indoco because, *inter alia*, this action arises from actions of Indoco directed toward New Jersey. For example, Indoco's counsel sent a letter dated June 6, 2017 to JPI, a corporation with its principal place of business in this Judicial District stating that Indoco had submitted ANDA No. 210311 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Indoco '311 ANDA Product prior to the expiration of the Patents-in-suit. Indoco's counsel also sent a letter dated June 6, 2017 to JPI stating that Indoco had submitted ANDA No. 210312 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Indoco '312 ANDA Product prior to the expiration of the Patents-in-suit. If Indoco succeeds in obtaining FDA approval, it would sell its Indoco '311 ANDA Product and Indoco '312 ANDA Product in New Jersey and other states, causing injury to Plaintiffs in New Jersey.

50. The Court also has personal jurisdiction over Indoco because Indoco has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, Indoco regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, Indoco derives substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey.

51. According to its website, "Indoco . . . is a fully integrated, research-oriented global pharmaceutical company with a strong presence in 80 countries including USA & UK." Indoco Press Release, http://www.indoco.com/newsroom-pressrelease/press-release-anda-approval-18april-2013.pdf. (last visited July 16, 2017). And on information and belief,

"Indoco has 37 ANDAs at various stages" either under its own name or filed by partners, and "Indoco's products are already available in the US market." *Id.*

52. On information and belief, Indoco has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

53. On information and belief, Indoco derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

54. In the alternative, this Court has jurisdiction over Indoco because the requirements of Federal Rule of Civil Procedure 4(k)(2)(A) are met as (a) Plaintiffs' claims arise under federal law; (b) Indoco is a foreign defendant not subject to general personal jurisdiction in the courts of any state; and (c) Indoco has sufficient contacts with the United States as a whole, including, but not limited to, preparing and submitting two ANDAs to the FDA and/or manufacturing and/or selling pharmaceutical products distributed throughout the United States, such that this Court's exercise of jurisdiction over Indoco satisfies due process.

55. Venue is proper for Indoco under 28 U.S.C. §§ 1391 and/or 1400(b), including because, *inter alia*, Indoco is subject to personal jurisdiction in this Judicial District, as set forth above, has committed an act of infringement and will commit further acts of infringement in this Judicial District, as set forth in paragraphs 48-49 above, and/or continuously transacts business in this Judicial District, as set forth in paragraph 50 above.

**PERSONAL JURISDICTION AND VENUE OVER ZYDUS**

56. This Court has personal jurisdiction over Zydus because, *inter alia*, Zydus is a corporation organized and existing under the laws of the State of New Jersey, and Zydus has its principal place of business in this Judicial District.

57. Venue is proper for Zydus under 28 U.S.C. § 1400(b) because, *inter alia*, Zydus is a corporation organized and existing under the laws of the State of New Jersey, and Zydus has its principal place of business in this Judicial District.

**PERSONAL JURISDICTION AND VENUE OVER SANDOZ**

58. This Court has personal jurisdiction over Sandoz because, *inter alia*, Sandoz has committed an act of patent infringement under 35 U.S.C. § 271(e)(2) and intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the Sandoz '297 ANDA and the Sandoz '481 ANDA, Sandoz will make, use, import, sell, and/or offer for sale the Sandoz '297 ANDA Product and the Sandoz '481 ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

59. This Court also has personal jurisdiction over Sandoz because, *inter alia*, this action arises from actions of Sandoz directed toward New Jersey. For example, Sandoz's counsel sent a letter dated June 7, 2017 to JPI, a corporation with its principal place of business in this Judicial District stating that Sandoz had submitted ANDA No. 210297 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Sandoz '297 ANDA Product prior to the expiration of the Patents-in-suit. Sandoz's counsel also sent a letter dated June 6, 2017 to JPI stating that Sandoz had submitted ANDA No. 210481 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Sandoz '481 ANDA Product prior to the expiration of the Patents-in-suit. If Sandoz succeeds in obtaining FDA approval, it would sell its Sandoz '297 ANDA Product and its Sandoz '481 ANDA Product in New Jersey and other states, causing injury to Plaintiffs in New Jersey.

60. The Court also has personal jurisdiction over Sandoz because Sandoz has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, Sandoz regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, Sandoz derives substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey. On information and belief, Sandoz maintains its principal place of business in the State of New Jersey.

61. Sandoz's website states that it is "a global leader in developing and delivering generic medicines. Sandoz Work, https://www.sandoz.com/our-work/prescription-medicines (last visited July 16, 2017).

62. On information and belief, Sandoz has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

63. On information and belief, Sandoz derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

64. On information and belief, Sandoz has previously invoked, stipulated and/or consented to personal jurisdiction in this Judicial District in numerous patent cases.

65. Sandoz has previously been sued in this Judicial District and has availed itself of New Jersey courts through the assertion of counterclaims in suits brought in New Jersey, including in *Sanofi-Aventis US LLC, et al. v. Sandoz Inc.*, Civil Action No. 16-5678 (D.N.J.) (not

contesting personal jurisdiction and asserting counterclaims), *AMAG Pharmaceuticals, Inc. v. Sandoz Inc.*, Civil Action No. 16-1508 (D.N.J.) (not contesting personal jurisdiction or venue and asserting counterclaims), *Boehringer Ingelheim Pharma GmbH & Co. KG, et al. v. Sandoz Inc., et al.*, Civil Action No. 15-7461 (D.N.J.) (not contesting personal jurisdiction and asserting counterclaims).

66. Venue is proper for Sandoz under 28 U.S.C. §§ 1391 and/or 1400(b), including because, *inter alia*, Sandoz is subject to personal jurisdiction in this Judicial District, as set forth above, has committed an act of infringement and will commit further acts of infringement in this Judicial District, as set forth in paragraphs 58-59 above, and/or continuously transacts business in this Judicial District, as set forth in paragraph 60 above, and/or has a regular and established place of business in the State of New Jersey.

**PERSONAL JURISDICTION AND VENUE OVER TEVA**

67. This Court has personal jurisdiction over Teva because, *inter alia*, Teva has committed an act of patent infringement under 35 U.S.C. § 271(e)(2) and intends a future course of conduct that includes acts of patent infringement in New Jersey. These acts have led and will lead to foreseeable harm and injury to Plaintiffs in New Jersey. For example, on information and belief, following approval of the Teva ANDA, Teva will make, use, import, sell, and/or offer for sale the Teva ANDA Product in the United States, including in New Jersey, prior to the expiration of the Patents-in-suit.

68. This Court also has personal jurisdiction over Teva because, *inter alia*, this action arises from actions of Teva directed toward New Jersey. For example, Teva's counsel sent a letter dated June 7, 2017 to JPI, a corporation with its principal place of business in this Judicial District stating that Teva had submitted ANDA No. 210451 seeking approval to commercially manufacture, use, import, offer for sale, and sell the Teva ANDA Product prior to

the expiration of the Patents-in-suit. If Teva succeeds in obtaining FDA approval, it would sell its Teva ANDA Product in New Jersey and other states, causing injury to Plaintiffs in New Jersey.

69. The Court also has personal jurisdiction over Teva because Teva has purposefully availed itself of the rights and benefits of New Jersey law by engaging in systematic and continuous contacts with the State of New Jersey. On information and belief, Teva regularly and continuously transacts business within New Jersey, including by selling pharmaceutical products in New Jersey. On information and belief, Teva derives substantial revenue from the sale of those products in New Jersey and has availed itself of the privilege of conducting business within New Jersey.

70. On information and belief, Teva maintains regular and established places of business in the State of New Jersey, including at least the following two locations: 8 Gloria Lane, Fairfield, NJ 07004 and 400 Chestnut Ridge Road, Woodcliff Lake, NJ 07677.

71. On information and belief, Teva employs people throughout the State of New Jersey, including at least the following two locations: 8 Gloria Lane, Fairfield, NJ 07004 and 400 Chestnut Ridge Road, Woodcliff Lake, NJ 07677.

72. Teva's website states that "Teva Pharmaceutical Products Ltd. is the parent company of Teva Pharmaceuticals in the United States." Teva USA, http://www.tevausa.com/TevaGlobal.aspx (last visited July 18, 2017). Teva Pharmaceutical Products Ltd.'s Annual Securities and Exchange Commission filing states that it is "the leading generic drug company in the United States" and that it markets "over 500 generic products in more than 2,000 dosage strengths and packaging sizes, including oral, injectable and inhaled products" in the United States. *See* Teva Pharmaceutical Products Ltd. Annual Securities and

Exchange Commission Form 20-F (2016-17) ("Teva Ltd. Form 20-F") at 27. The Teva Ltd. Form 20-F further states that its annual "[r]evenues of generic medicines in the United States, our largest generic market, were $4.6 billion." *Id.* at 60. The Teva Ltd. Form 20-F further states that Teva Ltd. "launched generic versions" of 32 branded products in the United States in 2016. *Id.* at 62.

73. On information and belief, Teva has continuously placed its products into the stream of commerce for distribution and consumption in the State of New Jersey and throughout the United States, and thus has engaged in the regular conduct of business within this Judicial District.

74. On information and belief, Teva derives substantial revenue from selling generic pharmaceutical products throughout the United States, including in this Judicial District.

75. On information and belief, Teva has previously invoked, stipulated and/or consented to personal jurisdiction in this Judicial District in numerous patent cases.

76. Teva has previously been sued in this Judicial District and has availed itself of New Jersey courts through the assertion of counterclaims in suits brought in New Jersey, including in *Adapt Pharma Operations Limited, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 17-2877 (D.N.J.) (asserting counterclaims), *Adapt Pharma Operations Limited, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 17-864 (D.N.J.) (asserting counterclaims), *Helsinn Healthcare SA, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 15-8663 (D.N.J.) (not contesting personal jurisdiction and admitting proper venue), and *AstraZeneca Pharmaceuticals LP, et al. v. Teva Pharmaceuticals USA, Inc., et al.*, Civil Action No. 15-7889 (D.N.J.) (not contesting personal jurisdiction or venue and asserting counterclaims).

77. Venue is proper for Teva under 1400(b), including because, *inter alia*, Teva has committed an act of infringement and will commit further acts of infringement in this Judicial District and because Teva maintains a regular and established place of business in at least two locations in the State of New Jersey.

**MSN'S INFRINGING ANDA SUBMISSION**

78. On or about June 7, 2017, JPI received from MSN Ltd's counsel a letter, dated June 6, 2017 ("the MSN June 6 Letter"), stating that MSN Ltd had submitted the MSN ANDA to the FDA seeking approval to market the MSN ANDA Product before the expiration of the Patents-in-suit. MTPC received the MSN June 6 Letter on or about June 9, 2017.

79. MSN Ltd specifically directed the MSN June 6 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

80. The MSN ANDA Product is intended to be a generic version of INVOKANA®.

81. The MSN June 6 Letter alleges that the MSN ANDA Product does not infringe the Patents-in-suit. Notwithstanding these allegations, on information and belief, discovery/testing will show that the MSN ANDA Product infringes the Patents-in-suit.

82. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the MSN June 6 Letter.

**LAURUS'S INFRINGING ANDA SUBMISSION**

83. On or about June 7, 2017, JPI received from Laurus's counsel a letter, dated June 6, 2017 ("the Laurus June 6 Letter"), stating that Laurus had submitted the Laurus ANDA to the FDA seeking approval to market the Laurus ANDA Product before the expiration of the Patents-in-suit. MTPC received the Laurus June 6 Letter on or about June 9, 2017.

84. Laurus specifically directed the Laurus June 6 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

85. The Laurus ANDA Product is intended to be a generic version of INVOKANA®.

86. The Laurus June 6 Letter alleges that the Laurus ANDA Product does not infringe the Patents-in-suit. Notwithstanding these allegations, on information and belief, discovery/testing will show that the Laurus ANDA Product infringes the Patents-in-suit.

87. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Laurus June 6 Letter.

**INDOCO'S INFRINGING ANDA NO. 210312 SUBMISSION**

88. On or about June 8, 2017, JPI received from Indoco's counsel a letter, dated June 6, 2017 ("the Indoco '312 Letter"), stating that Indoco had submitted the Indoco '312 ANDA to the FDA seeking approval to market the Indoco '312 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Indoco '312 Letter on or about June 13, 2017.

89. Indoco specifically directed the Indoco '312 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

90. The Indoco '312 ANDA Product is intended to be a generic version of INVOKANA®.

91. The Indoco '312 Letter does not allege or argue that the Indoco '312 ANDA Product does not infringe the Patents-in-suit.

92. The Indoco '312 Letter alleges that the Patents-in-suit are invalid.

93. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Indoco '312 Letter.

**INDOCO'S INFRINGING ANDA NO. 210311 SUBMISSION**

94. On or about June 8, 2017, JPI received from Indoco's counsel a letter, dated June 6, 2017 ("the Indoco '311 Letter"), stating that Indoco had submitted the Indoco '311 ANDA to the FDA seeking approval to market the Indoco '311 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Indoco '311 Letter on or about June 13, 2017.

95. Indoco specifically directed the Indoco '311 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

96. The Indoco '311 ANDA Product is intended to be a generic version of INVOKAMET®.

97. The Indoco '311 Letter does not allege or argue that the Indoco '311 ANDA Product does not infringe the Patents-in-suit.

98. The Indoco '311 Letter alleges that the Patents-in-suit are invalid.

99. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Indoco '311 Letter.

**ZYDUS'S INFRINGING ANDA NO. 210541 SUBMISSION**

100. On or about June 7, 2017, JPI received from Zydus's counsel a letter, dated June 6, 2017 ("the Zydus '541 Letter"), stating that Zydus had submitted the Zydus '541 ANDA to the FDA seeking approval to market the Zydus '541 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Zydus '541 Letter on or about June 9, 2017.

101. Zydus specifically directed the Zydus '541 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

102. The Zydus ’541 ANDA Product is intended to be a generic version of INVOKANA®.

103. The Zydus ’541 Letter alleges that the Zydus ’541 ANDA Product does not infringe the Patents-in-suit. Notwithstanding these allegations, on information and belief, discovery/testing will show that the Zydus ’541 ANDA Product infringes the Patents-in-suit.

104. The Zydus ’541 Letter also alleges that the Patents-in-suit are invalid.

105. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Zydus ’541 Letter.

**ZYDUS’S INFRINGING ANDA NO. 210542 SUBMISSION**

106. On or about June 6, 2017, JPI received from Zydus’s counsel a letter, dated June 5, 2017 (“the Zydus ’542 Letter”), stating that Zydus had submitted the Zydus ’542 ANDA to the FDA seeking approval to market the Zydus ’542 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Zydus ’542 Letter on or about June 8, 2017.

107. Zydus specifically directed the Zydus ’542 Letter to JPI’s headquarters in Raritan, New Jersey, within this Judicial District.

108. The Zydus ’542 ANDA Product is intended to be a generic version of INVOKAMET®.

109. The Zydus ’542 Letter alleges that the Zydus ’542 ANDA Product does not infringe the Patents-in-suit. Notwithstanding these allegations, on information and belief, discovery/testing will show that the Zydus ’542 ANDA Product infringes the Patents-in-suit.

110. The Zydus ’542 Letter also alleges that the Patents-in-suit are invalid.

111. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Zydus ’542 Letter.

**SANDOZ'S INFRINGING ANDA NO. 210297 SUBMISSION**

112. On or about June 8, 2017, JPI received from Sandoz's counsel a letter, dated June 7, 2017 ("the Sandoz '297 Letter"), stating that Sandoz had submitted the Sandoz '297 ANDA to the FDA seeking approval to market the Sandoz '297 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Sandoz '297 Letter on or about June 12, 2017.

113. Sandoz specifically directed the Sandoz '297 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

114. The Sandoz '297 ANDA Product is intended to be a generic version of INVOKANA®.

115. The Sandoz '297 Letter does not allege or argue that the Sandoz '297 ANDA Product does not infringe the Patents-in-suit.

116. The Sandoz '297 Letter alleges that the Patents-in-suit are invalid.

117. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Sandoz '297 Letter.

**SANDOZ'S INFRINGING ANDA NO. 210481 SUBMISSION**

118. On or about June 7, 2017, JPI received from Sandoz's counsel a letter, dated June 6, 2017 ("the Sandoz '481 Letter"), stating that Sandoz had submitted the Sandoz '481 ANDA to the FDA seeking approval to market the Sandoz '481 ANDA Product before the expiration of the Patents-in-suit. MTPC received the Sandoz '481 Letter on or about June 9, 2017.

119. Sandoz specifically directed the Sandoz '481 Letter to JPI's headquarters in Raritan, New Jersey, within this Judicial District.

120. The Sandoz ’481 ANDA Product is intended to be a generic version of INVOKAMET®.

121. The Sandoz ’481 Letter does not allege or argue that the Sandoz ’481 ANDA Product does not infringe the Patents-in-suit.

122. The Sandoz ’481 Letter alleges that the Patents-in-suit are invalid.

123. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Sandoz ’481 Letter.

**TEVA’S INFRINGING ANDA SUBMISSION**

124. On or about June 8, 2017, JPI received from Teva’s counsel a letter, dated June 7, 2017 (“the Teva June 7 Letter”), stating that Teva had submitted the Teva ANDA to the FDA seeking approval to market the Teva ANDA Product before the expiration of the Patents-in-suit. MTPC received the Teva June 7 Letter on or about June 9, 2017.

125. Teva specifically directed the Teva June 7 Letter to JPI’s headquarters in Raritan, New Jersey, within this Judicial District.

126. The Teva ANDA Product is intended to be a generic version of INVOKANA®.

127. The Teva June 7 Letter alleges that the Teva ANDA Product does not infringe the Patents-in-suit. Notwithstanding these allegations, on information and belief, discovery/testing will show that the Teva ANDA Product infringes the Patents-in-suit.

128. This action is being commenced before the expiration of 45 days from the date MTPC and JPI received the Teva June 7 Letter.

**COUNT I**
**Infringement of U.S. Patent No. 7,943,582 by MSN**

129. Plaintiffs repeat and reallege paragraphs 1-128 above as if fully set forth herein.

130. By filing its ANDA No. 210462 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the MSN ANDA Product before the expiration of the ’582 patent, MSN Ltd committed an act of infringement under 35 U.S.C. § 271(e)(2).

131. On information and belief, discovery/testing will show that if MSN commercially makes, uses, offers to sell, or sells the MSN ANDA Product within the United States, or imports the MSN ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

132. MSN Ltd has had knowledge of the ’582 patent since at least the date it submitted the MSN ANDA. MSN Pharms will have knowledge of the ’582 patent no later than the date it is served this complaint.

133. Plaintiffs will be irreparably harmed if MSN is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT II**
**Infringement of U.S. Patent No. 8,513,202 by MSN**

134. Plaintiffs repeat and reallege paragraphs 1-133 above as if fully set forth herein.

135. By filing its ANDA No. 210462 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United

States of the MSN ANDA Product before the expiration of the ’202 patent, MSN Ltd committed an act of infringement under 35 U.S.C. § 271(e)(2).

136. On information and belief, discovery/testing will show that if MSN commercially makes, uses, offers to sell, or sells the MSN ANDA Product within the United States, or imports the MSN ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

137. MSN Ltd has had knowledge of the ’202 patent since at least the date it submitted the MSN ANDA. MSN Pharms will have knowledge of the ’202 patent no later than the date it is served this complaint.

138. Plaintiffs will be irreparably harmed if MSN is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT III**
**Infringement of U.S. Patent No. 7,943,582 by Laurus**

139. Plaintiffs repeat and reallege paragraphs 1-138 above as if fully set forth herein.

140. By filing its ANDA No. 210503 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Laurus ANDA Product before the expiration of the ’582 patent, Laurus committed an act of infringement under 35 U.S.C. § 271(e)(2).

141. On information and belief, discovery/testing will show that if Laurus commercially makes, uses, offers to sell, or sells the Laurus ANDA Product within the United States, or imports the Laurus ANDA Product into the United States, or induces or contributes to

any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

142. Laurus has had knowledge of the ’582 patent since at least the date it submitted the Laurus ANDA.

143. Plaintiffs will be irreparably harmed if Laurus is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT IV**
**Infringement of U.S. Patent No. 8,513,202 by Laurus**

144. Plaintiffs repeat and reallege paragraphs 1-143 above as if fully set forth herein.

145. By filing its ANDA No. 210503 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Laurus ANDA Product before the expiration of the ’202 patent, Laurus committed an act of infringement under 35 U.S.C. § 271(e)(2).

146. On information and belief, discovery/testing will show that if Laurus commercially makes, uses, offers to sell, or sells the Laurus ANDA Product within the United States, or imports the Laurus ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

147. Laurus has had knowledge of the ’202 patent since at least the date it submitted the Laurus ANDA.

148. Plaintiffs will be irreparably harmed if Laurus is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT V**
**Infringement of U.S. Patent No. 7,943,582 by Indoco**

149. Plaintiffs repeat and reallege paragraphs 1-148 above as if fully set forth herein.

150. By filing its ANDA No. 210312 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Indoco ’312 ANDA Product before the expiration of the ’582 patent, Indoco committed an act of infringement under 35 U.S.C. § 271(e)(2).

151. By filing its ANDA No. 210311 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Indoco ’311 ANDA Product before the expiration of the ’582 patent, Indoco committed an act of infringement under 35 U.S.C. § 271(e)(2).

152. Indoco does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210312 that its proposed Indoco ’312 ANDA Product does not infringe the ’582 patent.

153. Indoco does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210311 that its proposed Indoco ’311 ANDA Product does not infringe the ’582 patent.

154. On information and belief, discovery/testing will show that if Indoco commercially makes, uses, offers to sell, or sells the Indoco ’312 ANDA Product within the United States, or imports the Indoco ’312 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

155. On information and belief, discovery/testing will show that if Indoco commercially makes, uses, offers to sell, or sells the Indoco ’311 ANDA Product within the United States, or imports the Indoco ’311 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

156. Indoco has had knowledge of the ’582 patent since at least the date it submitted either the Indoco ’311 ANDA or the Indoco ’312 ANDA.

157. Plaintiffs will be irreparably harmed if Indoco is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT VI**
**Infringement of U.S. Patent No. 8,513,202 by Indoco**

158. Plaintiffs repeat and reallege paragraphs 1-157 above as if fully set forth herein.

159. By filing its ANDA No. 210312 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Indoco ’312 ANDA Product before the expiration of the ’202 patent, Indoco committed an act of infringement under 35 U.S.C. § 271(e)(2).

160. By filing its ANDA No. 210311 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Indoco ’311 ANDA Product before the expiration of the ’202 patent, Indoco committed an act of infringement under 35 U.S.C. § 271(e)(2).

161. Indoco does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210312 that its proposed Indoco ’312 ANDA Product does not infringe the ’202 patent.

162. Indoco does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210311 that its proposed Indoco ’311 ANDA Product does not infringe the ’202 patent.

163. On information and belief, discovery/testing will show that if Indoco commercially makes, uses, offers to sell, or sells the Indoco ’312 ANDA Product within the United States, or imports the Indoco ’312 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

164. On information and belief, discovery/testing will show that if Indoco commercially makes, uses, offers to sell, or sells the Indoco ’311 ANDA Product within the United States, or imports the Indoco ’311 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

165. Indoco has had knowledge of the ’202 patent since at least the date it submitted the Indoco ’312 ANDA or the Indoco ’311 ANDA.

166. Plaintiffs will be irreparably harmed if Indoco is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT VII**
**Infringement of U.S. Patent No. 7,943,582 by Zydus**

167. Plaintiffs repeat and reallege paragraphs 1-166 above as if fully set forth herein.

168. By filing its ANDA No. 210541 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United

States of the Zydus ’541 ANDA Product before the expiration of the ’582 patent, Zydus committed an act of infringement under 35 U.S.C. § 271(e)(2).

169. By filing its ANDA No. 210542 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Zydus ’542 ANDA Product before the expiration of the ’582 patent, Zydus committed an act of infringement under 35 U.S.C. § 271(e)(2).

170. On information and belief, discovery/testing will show that if Zydus commercially makes, uses, offers to sell, or sells the Zydus ’541 ANDA Product within the United States, or imports the Zydus ’541 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

171. On information and belief, discovery/testing will show that if Zydus commercially makes, uses, offers to sell, or sells the Zydus ’542 ANDA Product within the United States, or imports the Zydus ’542 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

172. Zydus has had knowledge of the ’582 patent since at least the date it submitted either the Zydus ’541 ANDA or the Zydus ’542 ANDA.

173. Plaintiffs will be irreparably harmed if Zydus is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT VIII**
**Infringement of U.S. Patent No. 8,513,202 by Zydus**

174. Plaintiffs repeat and reallege paragraphs 1-173 above as if fully set forth herein.

175. By filing its ANDA No. 210541 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Zydus ’541 ANDA Product before the expiration of the ’202 patent, Zydus committed an act of infringement under 35 U.S.C. § 271(e)(2).

176. By filing its ANDA No. 210542 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Zydus ’542 ANDA Product before the expiration of the ’202 patent, Zydus committed an act of infringement under 35 U.S.C. § 271(e)(2).

177. On information and belief, discovery/testing will show that if Zydus commercially makes, uses, offers to sell, or sells the Zydus ’541 ANDA Product within the United States, or imports the Zydus ’541 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

178. On information and belief, discovery/testing will show that if Zydus commercially makes, uses, offers to sell, or sells the Zydus ’542 ANDA Product within the United States, or imports the Zydus ’542 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

179. Zydus has had knowledge of the ’202 patent since at least the date it submitted the Zydus ’541 ANDA or the Zydus ’542 ANDA.

180. Plaintiffs will be irreparably harmed if Zydus is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT IX**
**Infringement of U.S. Patent No. 7,943,582 by Sandoz**

181. Plaintiffs repeat and reallege paragraphs 1-180 above as if fully set forth herein.

182. By filing its ANDA No. 210297 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Sandoz '297 ANDA Product before the expiration of the '582 patent, Sandoz committed an act of infringement under 35 U.S.C. § 271(e)(2).

183. By filing its ANDA No. 210481 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Sandoz '481 ANDA Product before the expiration of the '582 patent, Sandoz committed an act of infringement under 35 U.S.C. § 271(e)(2).

184. Sandoz does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210297 that its proposed Sandoz '297 ANDA Product does not infringe the '582 patent.

185. Sandoz does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210481 that its proposed Sandoz '481 ANDA Product does not infringe the '582 patent.

186. On information and belief, discovery/testing will show that if Sandoz commercially makes, uses, offers to sell, or sells the Sandoz '297 ANDA Product within the United States, or imports the Sandoz '297 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the '582 patent, it would further infringe at least claims 1, 6, and 7 of the '582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

187. On information and belief, discovery/testing will show that if Sandoz commercially makes, uses, offers to sell, or sells the Sandoz ’481 ANDA Product within the United States, or imports the Sandoz ’481 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

188. Sandoz has had knowledge of the ’582 patent since at least the date it submitted either the Sandoz ’297 ANDA or the Sandoz ’481 ANDA.

189. Plaintiffs will be irreparably harmed if Sandoz is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT X**
**Infringement of U.S. Patent No. 8,513,202 by Sandoz**

190. Plaintiffs repeat and reallege paragraphs 1-189 above as if fully set forth herein.

191. By filing its ANDA No. 210297 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Sandoz ’297 ANDA Product before the expiration of the ’202 patent, Sandoz committed an act of infringement under 35 U.S.C. § 271(e)(2).

192. By filing its ANDA No. 210481 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Sandoz ’481 ANDA Product before the expiration of the ’202 patent, Sandoz committed an act of infringement under 35 U.S.C. § 271(e)(2).

193. Sandoz does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210297 that its proposed Sandoz ’297 ANDA Product does not infringe the ’202 patent.

194. Sandoz does not argue or allege in its Paragraph IV Notice Letter for ANDA No. 210481 that its proposed Sandoz ’481 ANDA Product does not infringe the ’202 patent.

195. On information and belief, discovery/testing will show that if Sandoz commercially makes, uses, offers to sell, or sells the Sandoz ’297 ANDA Product within the United States, or imports the Sandoz ’297 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

196. On information and belief, discovery/testing will show that if Sandoz commercially makes, uses, offers to sell, or sells the Sandoz ’481 ANDA Product within the United States, or imports the Sandoz ’481 ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

197. Sandoz has had knowledge of the ’202 patent since at least the date it submitted the Sandoz ’297 ANDA or the Sandoz ’481 ANDA.

198. Plaintiffs will be irreparably harmed if Sandoz is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT XI**
**Infringement of U.S. Patent No. 7,943,582 by Teva**

199. Plaintiffs repeat and reallege paragraphs 1-198 above as if fully set forth herein.

200. By filing its ANDA No. 210451 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United

States of the Teva ANDA Product before the expiration of the ’582 patent, Teva committed an act of infringement under 35 U.S.C. § 271(e)(2).

201. On information and belief, discovery/testing will show that if Teva commercially makes, uses, offers to sell, or sells the Teva ANDA Product within the United States, or imports the Teva ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’582 patent, it would further infringe at least claims 1, 6, and 7 of the ’582 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

202. Teva has had knowledge of the ’582 patent since at least the date it submitted the Teva ANDA.

203. Plaintiffs will be irreparably harmed if Teva is not enjoined from infringing the ’582 patent. Plaintiffs do not have an adequate remedy at law.

**COUNT XII**
**Infringement of U.S. Patent No. 8,513,202 by Teva**

204. Plaintiffs repeat and reallege paragraphs 1-203 above as if fully set forth herein.

205. By filing its ANDA No. 210451 for the purpose of obtaining approval to engage in the commercial manufacture, use, sale, offer for sale, or importation into the United States of the Teva ANDA Product before the expiration of the ’202 patent, Teva committed an act of infringement under 35 U.S.C. § 271(e)(2).

206. On information and belief, discovery/testing will show that if Teva commercially makes, uses, offers to sell, or sells the Teva ANDA Product within the United States, or imports the Teva ANDA Product into the United States, or induces or contributes to any such conduct during the term of the ’202 patent, it would further infringe at least claims 1 and 3-5 of the ’202 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

207. Teva has had knowledge of the ’202 patent since at least the date it submitted the Teva ANDA.

208. Plaintiffs will be irreparably harmed if Teva is not enjoined from infringing the ’202 patent. Plaintiffs do not have an adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request the following relief:

A. A Judgment that MSN has infringed one or more claims of the ’582 patent by filing ANDA No. 210462;

B. A Judgment that MSN has infringed, and that MSN’s making, using, selling, offering to sell, or importing the MSN ANDA Product would constitute infringement of one or more claims of the ’582 patent, and/or induce or contribute to infringement of one or more claims of the ’582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

C. A permanent injunction restraining and enjoining MSN, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the MSN ANDA Product until after the expiration of the ’582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

D. An Order that the effective date of any approval of ANDA No. 210462 relating to the MSN ANDA Product be a date that is not earlier than the expiration date of the ’582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

E. A Judgment that MSN has infringed one or more claims of the ’202 patent by filing ANDA No. 210462;

F. A Judgment that MSN has infringed, and that MSN's making, using, selling, offering to sell, or importing the MSN ANDA Product would constitute infringement of one or more claims of the '202 patent, and/or induce or contribute to infringement of one or more claims of the '202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

G. A permanent injunction restraining and enjoining MSN, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the MSN ANDA Product until after the expiration of the '202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

H. An Order that the effective date of any approval of ANDA No. 210462 relating to the MSN ANDA Product be a date that is not earlier than the expiration date of the '202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

I. A Judgment that Laurus has infringed one or more claims of the '582 patent by filing ANDA No. 210503;

J. A Judgment that Laurus has infringed, and that Laurus's making, using, selling, offering to sell, or importing the Laurus ANDA Product would constitute infringement of one or more claims of the '582 patent, and/or induce or contribute to infringement of one or more claims of the '582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

K. A permanent injunction restraining and enjoining Laurus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or

importation into the United States, of the Laurus ANDA Product until after the expiration of the ’582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

L. An Order that the effective date of any approval of ANDA No. 210503 relating to the Laurus ANDA Product be a date that is not earlier than the expiration date of the ’582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

M. A Judgment that Laurus has infringed one or more claims of the ’202 patent by filing ANDA No. 210503;

N. A Judgment that Laurus has infringed, and that Laurus’s making, using, selling, offering to sell, or importing the Laurus ANDA Product would constitute infringement of one or more claims of the ’202 patent, and/or induce or contribute to infringement of one or more claims of the ’202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

O. A permanent injunction restraining and enjoining Laurus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Laurus ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

P. An Order that the effective date of any approval of ANDA No. 210503 relating to the Laurus ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

Q. A Judgment that Indoco has infringed one or more claims of the ’582 patent by filing ANDA No. 210311;

R. A Judgment that Indoco has infringed one or more claims of the ’582 patent by filing ANDA No. 210312;

S. A Judgment that Indoco has infringed, and that Indoco’s making, using, selling, offering to sell, or importing the Indoco ’311 ANDA Product would constitute infringement of one or more claims of the ’582 patent, and/or induce or contribute to infringement of one or more claims of the ’582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

T. A Judgment that Indoco has infringed, and that Indoco’s making, using, selling, offering to sell, or importing the Indoco ’312 ANDA Product would constitute infringement of one or more claims of the ’582 patent, and/or induce or contribute to infringement of one or more claims of the ’582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

U. A permanent injunction restraining and enjoining Indoco, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Indoco ’311 ANDA Product until after the expiration of the ’582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

V. A permanent injunction restraining and enjoining Indoco, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Indoco ’312 ANDA Product until after the expiration of the ’582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

W. An Order that the effective date of any approval of ANDA No. 210311 relating to the Indoco '311 ANDA Product be a date that is not earlier than the expiration date of the '582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

X. An Order that the effective date of any approval of ANDA No. 210312 relating to the Indoco '312 ANDA Product be a date that is not earlier than the expiration date of the '582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

Y. A Judgment that Indoco has infringed one or more claims of the '202 patent by filing ANDA No. 210311;

Z. A Judgment that Indoco has infringed one or more claims of the '202 patent by filing ANDA No. 210312;

AA. A Judgment that Indoco has infringed, and that Indoco's making, using, selling, offering to sell, or importing the Indoco '311 ANDA Product would constitute infringement of one or more claims of the '202 patent, and/or induce or contribute to infringement of one or more claims of the '202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

BB. A Judgment that Indoco has infringed, and that Indoco's making, using, selling, offering to sell, or importing the Indoco '312 ANDA Product would constitute infringement of one or more claims of the '202 patent, and/or induce or contribute to infringement of one or more claims of the '202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

CC. A permanent injunction restraining and enjoining Indoco, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Indoco ’311 ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

DD. A permanent injunction restraining and enjoining Indoco, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Indoco ’312 ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

EE. An Order that the effective date of any approval of ANDA No. 210311 relating to the Indoco ’311 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

FF. An Order that the effective date of any approval of ANDA No. 210312 relating to the Indoco ’312 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

GG. A Judgment that Zydus has infringed one or more claims of the ’582 patent by filing ANDA No. 210541;

HH. A Judgment that Zydus has infringed one or more claims of the ’582 patent by filing ANDA No. 210542;

II. A Judgment that Zydus has infringed, and that Zydus's making, using, selling, offering to sell, or importing the Zydus '541 ANDA Product would constitute infringement of one or more claims of the '582 patent, and/or induce or contribute to infringement of one or more claims of the '582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

JJ. A Judgment that Zydus has infringed, and that Zydus's making, using, selling, offering to sell, or importing the Zydus '542 ANDA Product would constitute infringement of one or more claims of the '582 patent, and/or induce or contribute to infringement of one or more claims of the '582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

KK. A permanent injunction restraining and enjoining Zydus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Zydus '541 ANDA Product until after the expiration of the '582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

LL. A permanent injunction restraining and enjoining Zydus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Zydus '542 ANDA Product until after the expiration of the '582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

MM. An Order that the effective date of any approval of ANDA No. 210541 relating to the Zydus '541 ANDA Product be a date that is not earlier than the expiration date of

the ’582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

NN. An Order that the effective date of any approval of ANDA No. 210542 relating to the Zydus ’542 ANDA Product be a date that is not earlier than the expiration date of the ’582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

OO. A Judgment that Zydus has infringed one or more claims of the ’202 patent by filing ANDA No. 210541;

PP. A Judgment that Zydus has infringed one or more claims of the ’202 patent by filing ANDA No. 210542;

QQ. A Judgment that Zydus has infringed, and that Zydus’s making, using, selling, offering to sell, or importing the Zydus ’541 ANDA Product would constitute infringement of one or more claims of the ’202 patent, and/or induce or contribute to infringement of one or more claims of the ’202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

RR. A Judgment that Zydus has infringed, and that Zydus’s making, using, selling, offering to sell, or importing the Zydus ’542 ANDA Product would constitute infringement of one or more claims of the ’202 patent, and/or induce or contribute to infringement of one or more claims of the ’202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

SS. A permanent injunction restraining and enjoining Zydus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or

importation into the United States, of the Zydus ’541 ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

TT. A permanent injunction restraining and enjoining Zydus, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Zydus ’542 ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

UU. An Order that the effective date of any approval of ANDA No. 210541 relating to the Zydus ’541 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

VV. An Order that the effective date of any approval of ANDA No. 210542 relating to the Zydus ’542 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

WW. A Judgment that Sandoz has infringed one or more claims of the ’582 patent by filing ANDA No. 210297;

XX. A Judgment that Sandoz has infringed one or more claims of the ’582 patent by filing ANDA No. 210481;

YY. A Judgment that Sandoz has infringed, and that Sandoz’s making, using, selling, offering to sell, or importing the Sandoz ’297 ANDA Product would constitute infringement of one or more claims of the ’582 patent, and/or induce or contribute to

infringement of one or more claims of the '582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

ZZ. A Judgment that Sandoz has infringed, and that Sandoz's making, using, selling, offering to sell, or importing the Sandoz '481 ANDA Product would constitute infringement of one or more claims of the '582 patent, and/or induce or contribute to infringement of one or more claims of the '582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

AAA. A permanent injunction restraining and enjoining Sandoz, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Sandoz '297 ANDA Product until after the expiration of the '582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

BBB. A permanent injunction restraining and enjoining Sandoz, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Sandoz '481 ANDA Product until after the expiration of the '582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

CCC. An Order that the effective date of any approval of ANDA No. 210297 relating to the Sandoz '297 ANDA Product be a date that is not earlier than the expiration date of the '582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

DDD. An Order that the effective date of any approval of ANDA No. 210481 relating to the Sandoz '481 ANDA Product be a date that is not earlier than the expiration date of the '582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

EEE. A Judgment that Sandoz has infringed one or more claims of the '202 patent by filing ANDA No. 210297;

FFF. A Judgment that Sandoz has infringed one or more claims of the '202 patent by filing ANDA No. 210481;

GGG. A Judgment that Sandoz has infringed, and that Sandoz's making, using, selling, offering to sell, or importing the Sandoz '297 ANDA Product would constitute infringement of one or more claims of the '202 patent, and/or induce or contribute to infringement of one or more claims of the '202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

HHH. A Judgment that Sandoz has infringed, and that Sandoz's making, using, selling, offering to sell, or importing the Sandoz '481 ANDA Product would constitute infringement of one or more claims of the '202 patent, and/or induce or contribute to infringement of one or more claims of the '202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

III. A permanent injunction restraining and enjoining Sandoz, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Sandoz '297 ANDA Product until after the expiration

of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

JJJ. A permanent injunction restraining and enjoining Sandoz, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Sandoz ’481 ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

KKK. An Order that the effective date of any approval of ANDA No. 210297 relating to the Sandoz ’297 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

LLL. An Order that the effective date of any approval of ANDA No. 210481 relating to the Sandoz ’481 ANDA Product be a date that is not earlier than the expiration date of the ’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

MMM. A Judgment that Teva has infringed one or more claims of the ’582 patent by filing ANDA No. 210451;

NNN. A Judgment that Teva has infringed, and that Teva’s making, using, selling, offering to sell, or importing the Teva ANDA Product would constitute infringement of one or more claims of the ’582 patent, and/or induce or contribute to infringement of one or more claims of the ’582 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

OOO. A permanent injunction restraining and enjoining Teva, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Teva ANDA Product until after the expiration of the ’582 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

PPP. An Order that the effective date of any approval of ANDA No. 210451 relating to the Teva ANDA Product be a date that is not earlier than the expiration date of the ’582 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled;

QQQ. A Judgment that Teva has infringed one or more claims of the ’202 patent by filing ANDA No. 210451;

RRR. A Judgment that Teva has infringed, and that Teva’s making, using, selling, offering to sell, or importing the Teva ANDA Product would constitute infringement of one or more claims of the ’202 patent, and/or induce or contribute to infringement of one or more claims of the ’202 patent pursuant to 35 U.S.C. § 271(a), (b) and/or (c);

SSS. A permanent injunction restraining and enjoining Teva, and its officers, agents, attorneys, and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of the Teva ANDA Product until after the expiration of the ’202 patent, or any later expiration of exclusivity to which Plaintiffs are or become entitled;

TTT. An Order that the effective date of any approval of ANDA No. 210451 relating to the Teva ANDA Product be a date that is not earlier than the expiration date of the

’202 patent as extended plus any other regulatory exclusivity to which Plaintiffs are or become entitled; and

UUU. Such other and further relief as the Court may deem just and proper.

Dated: July 20, 2017

By: s/ Charles M. Lizza

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Mitsubishi Tanabe Pharma Corp., Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International*

OF COUNSEL:

Raymond N. Nimrod
Matthew A. Traupman
Catherine T. Mattes
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010

**CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1**

I hereby certify that the matters captioned *Mitsubishi Tanabe Pharma Corporation, et al. v. Aurobindo Pharma USA, Inc., et al.*, Civil Action No. 17-5005 (FLW)(DEA), *Mitsubishi Tanabe Pharma Corporation, et al. v. Prinston Pharmaceuticals, Inc., et al.*, Civil Action No. 17-5135 (FLW)(DEA), and *Mitsubishi Tanabe Pharma Corporation, et al. v. Apotex, Inc., et al.*, Civil Action No. 17-5278 (FLW)(DEA) are related to the matter in controversy because the matter in controversy involves the same patents.

I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

Dated: July 20, 2017

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs Mitsubishi Tanabe Pharma Corp., Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International*

OF COUNSEL:

Raymond N. Nimrod
Matthew A. Traupman
Catherine T. Mattes
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, NY 10010

# EXHIBIT A

US007943582B2

(12) **United States Patent**
**Nomura et al.**

(10) **Patent No.: US 7,943,582 B2**
(45) **Date of Patent: May 17, 2011**

(54) **CRYSTALLINE FORM OF 1-(β-D-GLUCOPYRANSOYL)-4-METHYL-3-[5-(4-FLUOROPHENYL)-2-THIENYLMETHYL]BENZENE HEMIHYDRATE**

(75) Inventors: **Sumihiro Nomura**, Osaka (JP); **Eiji Kawanishi**, Osaka (JP)

(73) Assignee: **Mitsubishi Tanabe Pharma Corporation**, Osaka-Shi (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 451 days.

(21) Appl. No.: **11/987,670**

(22) Filed: **Dec. 3, 2007**

(65) **Prior Publication Data**

US 2008/0146515 A1 Jun. 19, 2008

**Related U.S. Application Data**

(60) Provisional application No. 60/868,426, filed on Dec. 4, 2006.

(30) **Foreign Application Priority Data**

Dec. 4, 2006 (JP) ................................ 2006-327019

(51) **Int. Cl.**
*A61K 31/7034* (2006.01)
*C07H 7/04* (2006.01)

(52) **U.S. Cl.** ........................................ **514/23**; 536/1.11

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,160,861 | A | 7/1979 | Cole et al. |
| 4,584,369 | A | 4/1986 | Klein et al. |
| 5,149,838 | A | 9/1992 | Humphrey et al. |
| 5,424,406 | A | 6/1995 | Tsujihara et al. |
| 5,731,292 | A | 3/1998 | Tsujihara et al. |
| 5,767,094 | A | 6/1998 | Tsujihara et al. |
| 5,780,483 | A | 7/1998 | Widdowson et al. |
| 5,830,873 | A | 11/1998 | Tsujihara et al. |
| 6,048,842 | A | 4/2000 | Tsujihara et al. |
| 6,153,632 | A | 11/2000 | Rieveley |
| 6,297,363 | B1 | 10/2001 | Kubo et al. |
| 6,414,126 | B1 | 7/2002 | Ellsworth et al. |
| 6,515,117 | B2 | 2/2003 | Ellsworth et al. |
| 6,562,791 | B1 | 5/2003 | Maurya et al. |
| 6,617,313 | B1 | 9/2003 | Maurya et al. |
| 6,627,611 | B2 | 9/2003 | Tomiyama et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

CA 2494177 A1 2/2004

(Continued)

OTHER PUBLICATIONS

Ahmad et al., "Synthesis and Structure Determination of Some Oxadiazole-2-Thione and Triazole-3-Thione Galactosides", Nucleosides, Nucleotides & Nucleic Acids, vol. 20, No. 9, 2001, pp. 1671-1682.

(Continued)

*Primary Examiner* — Eric S Olson

(74) *Attorney, Agent, or Firm* — Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A novel crystal form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate, and having favorable characteristics, is characterized by its x-ray powder diffraction pattern and/or by its infra-red spectrum.

**7 Claims, 2 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,375,213 | B2 | 5/2008 | Deshpande et al. |
| 7,511,022 | B2 | 3/2009 | Beavers et al. |
| 2001/0041674 | A1 | 11/2001 | Tomiyama et al. |
| 2002/0032164 | A1 | 3/2002 | Dale et al. |
| 2002/0052326 | A1 | 5/2002 | Washburn |
| 2002/0111315 | A1 | 8/2002 | Washburn et al. |
| 2003/0024914 | A1 | 2/2003 | Aleshin |
| 2003/0064935 | A1 | 4/2003 | Gougoutas |
| 2003/0087843 | A1 | 5/2003 | Washburn |
| 2003/0114390 | A1 | 6/2003 | Washburn et al. |
| 2004/0053855 | A1 | 3/2004 | Fujikura et al. |
| 2004/0063646 | A1 | 4/2004 | Fujikura et al. |
| 2004/0110936 | A1 | 6/2004 | Ohsumi et al. |
| 2004/0116357 | A1 | 6/2004 | Fushimi et al. |
| 2004/0132669 | A1 | 7/2004 | Nishimura et al. |
| 2004/0138143 | A1 | 7/2004 | Glombik et al. |
| 2004/0259819 | A1 | 12/2004 | Frick et al. |
| 2005/0014704 | A1 | 1/2005 | Frick et al. |
| 2005/0032711 | A1 | 2/2005 | Patel et al. |
| 2005/0032712 | A1 | 2/2005 | Urbanski |
| 2005/0037980 | A1 | 2/2005 | Rybczynski et al. |
| 2005/0037981 | A1 | 2/2005 | Beavers et al. |
| 2005/0124556 | A1 | 6/2005 | Burton |
| 2005/0233988 | A1 * | 10/2005 | Nomura et al. ................ 514/43 |
| 2006/0217323 | A1 | 9/2006 | Patel et al. |
| 2006/0229260 | A1 | 10/2006 | Rybczynski et al. |
| 2006/0234954 | A1 | 10/2006 | Urbanski |
| 2006/0293251 | A1 | 12/2006 | Urbanski et al. |
| 2007/0060545 | A1 | 3/2007 | Nomura et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0355750 | A1 | 2/1990 |
| EP | 0579204 | A3 | 1/1994 |
| EP | 1338603 | A1 | 8/2003 |
| EP | 1528066 | A1 | 5/2005 |
| GB | 2359554 | A | 8/2001 |
| JP | 63-233975 | A | 9/1988 |
| JP | 4-253974 | A | 9/1992 |
| JP | 9-263549 | A | 10/1997 |
| JP | 10-324632 | A | 12/1998 |
| JP | 2000-34230 | A | 2/2000 |
| JP | 2000-34239 | A | 2/2000 |
| JP | 2001-288178 | A | 10/2001 |
| JP | 2003-12686 | A | 1/2003 |
| WO | WO 93/21178 | A1 | 10/1993 |
| WO | WO 97/25033 | A1 | 7/1997 |
| WO | WO 00/74681 | A1 | 12/2000 |
| WO | WO 01/27128 | A1 | 4/2001 |
| WO | WO 01/64669 | A1 | 9/2001 |
| WO | WO 01/68660 | A1 | 9/2001 |
| WO | WO 01/74834 | A1 | 10/2001 |
| WO | WO 01/74835 | A1 | 10/2001 |
| WO | WO 02/053573 | A1 | 7/2002 |
| WO | WO 02/068439 | A1 | 9/2002 |
| WO | WO 02/068440 | A1 | 9/2002 |
| WO | WO 02/070020 | A2 | 9/2002 |
| WO | WO 02/083066 | A2 | 10/2002 |
| WO | WO 02/088157 | A1 | 11/2002 |
| WO | WO 02/094262 | A1 | 11/2002 |
| WO | WO 03/000712 | A1 | 1/2003 |
| WO | WO 03/011880 | A1 | 2/2003 |
| WO | WO 03/020737 | A1 | 3/2003 |
| WO | WO 03/043621 | A1 | 5/2003 |
| WO | WO 03/087104 | A1 | 10/2003 |
| WO | WO 03/099836 | A1 | 12/2003 |
| WO | WO 2004/007517 | A | 1/2004 |
| WO | WO 2004/013118 | A | 2/2004 |
| WO | WO 2004/014931 | A1 | 2/2004 |
| WO | WO 2004/018442 | A1 | 3/2004 |
| WO | WO 2004/019958 | A1 | 3/2004 |
| WO | WO 2004/052902 | A1 | 6/2004 |
| WO | WO 2004/052903 | A1 | 6/2004 |
| WO | WO 2004/063209 | A2 | 7/2004 |
| WO | WO 2004/080990 | A1 | 9/2004 |
| WO | WO 2004/087727 | A1 | 10/2004 |
| WO | WO 2004/099230 | A1 | 11/2004 |
| WO | WO 2004/113359 | A1 | 12/2004 |
| WO | WO-2005/012326 | A1 | 2/2005 |
| WO | WO 2005/030127 | A2 | 4/2005 |
| WO | WO 2006/108842 | A1 | 10/2006 |
| WO | WO 2006/120208 | A1 | 11/2006 |
| WO | WO 2007/035198 | A2 | 3/2007 |
| WO | WO 2007/054978 | A2 | 5/2007 |
| WO | WO 2007/107354 | A1 | 9/2007 |

OTHER PUBLICATIONS

Appleton et al, “A Mild and Selective C-3 Reductive Alkylation of Indoles”, Tetrahedron Letters, vol. 34, No. 9, 1993, pp. 1529-1532.

Arakawa et al, “Improved diabetic syndrome in C57BL/KsJ-db/db mice by oral administration of the Na+ -glucose cotransporter inhibitor T-1095,” British Journal of Pharmacology, vol. 132, 2001, pp. 578-586.

Banker et al. (Editors), Modern Pharmaceutics, Third Edition, published 1996, p. 596, Marcel Dekker, Inc.

Benhaddou et al.,“Tetra-n-propylammonium tetra-oxoruthenate(VII): a reagent of choice for the oxidation of diversely protected glycopyranoses and glycofuranoses to lactones”, Carbohydrate Research, vol. 260, 1994, pp. 243-250.

Bertolini et al., “A New Simple One-Pot Regioselective Preparation of Mixed Diesters of Carbonic Acid.”, Journal of Organic Chemistry, vol. 63, No. 17, 1998, pp. 6031-6034.

Blair et al., “Effect of Ring Fluorination on the Pharmacology of Hallucinogenic Tryptamines”, J. Med. Chem., vol. 43, 2000, pp. 4701-4710.

Boehm et al., “Novel Inhibitors of DNA Gyrase: 3D Structure Based Biased Needle Screening, Hit Validation by Biophysical Methods, and 3D Guided Optimization. A Promising Alternative to Random Screening,” J. Med. Chem., vol. 43, No. 14, 2000, pp. 2664-2674.

Brooks et al., “Boron Trichloride/Tetra-n-Butylammonium Iodide: A Mild, Selective Combination Reagent for the Cleavage of Primary Alkyl Aryl Ethers”, J. Org. Chem., vol. 64, 1999, pp. 9719-9721.

CAS Reg. No. 487001-40-1, IPOrganisers, Entered STN Feb. 7, 2003, pp. 1-2.

Comins et al., “Synthesis of 3-Substituted Indoles Via N-Acylindolium Ions”, Tetrahedron Letters, vol. 27, No. 17, 1986, pp. 1869-1872.

Czernecki et al., “C-Glycosides. 7. Stereospecific C-Glycosylation of Aromatic and Heterocyclic Rings”, J. Org. Chem., vol. 54, 1989, pp. 610-612.

Deeg et al., “Pioglitazone and Rosiglitazone Have Different Effects on Serum Lipoprotein Particle Concentrations and Sizes in Patients With Type 2 Diabetes and Dyslipidemia.”, Diabetes Care, vol. 30, No. 10, Oct. 2007, pp. 2458-2464.

Deetjen et al., “Renal Handling of D-Glucose and Other Sugars”, Textbook of Nephrology, vol. 1, 3rd Edition, 1995, pp. 90-94.

Devivar et al., “Benzimidazole Ribonucleosides: Design, Synthesis, and Antiviral Activity of Certain 2-(Alkylthio)- and 2-(Benzylthio)-5,6-dichloro-1-(β-D-ribofuranosyl)benzimidazoles1,” J.Med. Chem., vol. 37, 1994, pp. 2942-2949.

Dewynter et al., “Synthesis of Pseudonucleosides containing Chiral Sulfahydantoins as Aglycone (II)”, Tetrahedron, vol. 52, No. 3, 1996, pp. 993-1004.

Dillard et al., “Indole Inhibitors of Human Nonpancreatic Secretory Phospholipase A2. 1. Indole-3-acetamides”, J. Med. Chem., vol. 39, 1996, pp. 5119-5136.

Dondoni et al., “Stereoselective synthesis of C-glycosylphosphonates from their ketols. Reconsideration of an abandoned route”, Tetrahedron: Asymmetry, vol. 11, 2000, pp. 305-317.

Dondoni et al., “Thiazole-Based Synthesis of Formyl C-Glycosides”, J. Org. Chem., vol. 59, 1994, pp. 6404-6412.

Dudash, Jr. et al, “Glycosylated dihydrochalcones as potent and selective sodium glucose co-transporter 2 (SGLT2) inhibitors,” Bioorganic & Medicinal Chemistry Letters, vol. 14, 2004, pp. 5121-5125.

Dunn et al., “Analgetic and antiinflammatory 7-Aroylbenzofuran-5-ylacetic acids and 7-Aroylbenzothiophene-5-ylacetic Acids.”, Journal of Med. Chem., vol. 29, No. 1, 1986, pp. 2326-2329.

Eid et al., "Reaction of Some 1,2,4-Triazines with Acetobromoglucose", Arch. Pharm. (Weinheim), vol. 323, 1990, pp. 243-245.
Ellsworth et al, "Aglycone exploration of C-arylglucoside inhibitors of renal sodium-dependent glucose transporter SGLT2," Bioorganic & Medicinal Chemistry Letters, vol. 18, 2008, pp. 4770-4773.
Ellsworth et al., "C-Arylglucoside synthesis: triisopropylsilane as a selective reagent for the reduction of an anomeric C-phenyl ketal," Tetrahedron: Asymmetry, vol. 14, 2003, pp. 3243-3247.
Fresneda et al., "Synthesis of the indole alkaloids meridianins from the tunicate Aplidium meridianum," Tetrahedron, vol. 57, 2001, pp. 2355-2363.
Gershell, "Type 2 diabetes market", Nature Reviews Drug Discovery, vol. 4, May 2005, pp. 367-368.
Goodman & Gilman's The Pharmacological Basis of Therapeutics, 10th Edition, McGraw-Hill Medical Publishing Division, 2001, pp. 54-57.
Han et al., "Dapagliflozin, a Selective SGLT2 Inhibitor, Improves Glucose Homeostasis in Normal and Diabetic Rats", Diabetes, vol. 57, Jun. 2008, pp. 1723-1729.
Handlon, "Sodium glucose co-transporter 2 (SGLT2) inhibitors as potential antidiabetic agents," Expert Opin. Ther. Patents, vol. 15, No. 11, 2005, pp. 1531-1540.
Hofslokken et al., "Convenient Method for the ortho-Formylation of Phenols.", Acta Chemica Scandinavica, vol. 53, 1999, pp. 258-262.
Hongu et al., "Na+-Glucose Cotransporter Inhibitors as Antidiabetic Agents. II.1) Synthesis and Structure-Activity Relationships of 4'-Dehydroxyphlorizin Derivatives", Chem. Pharm. Bull., vol. 46, No. 1, 1998, pp. 22-33.
Horton et al., "Synthetic Routes to Higher-Carbon Sugars. Reaction of Lactones with 2-Lithio-1,3-Dithiane", Carbohydrate Research, vol. 94, 1981, pp. 27-41.
Hu et al., "A New Approach Towards the Yellowing Inhibition of Mechanical Pulps. Part I: Selective Removal of alpha-Hydroxyl and alpha-Carbonyl Groups in Lignin Model Compounds", Holzforschung, vol. 53, No. 1, 1999, pp. 43-48.
Huang-Minlon, "Reduction of Steroid Ketones and other Carbonyl Compounds by Modified Wolff-Kishner Method", J. Am. Chem. Soc., vol. 71, Oct. 1949, pp. 3301-3303.
Ibrahim et al., "Selective Synthesis and Structure of 2-N- and 3-S-Glucosyl-1,2,4-Triazoles of Potential Biological Interest", Carbohydrate Letters, vol. 3, No. 5, 1999, pp. 331-338.
Ibrahim, "Facile Approach for the Selective Glycosidation of Cyclic Asymmetric Amides and Thioamides", Carbohydrate Letters, vol. 1, 1996, pp. 425-432.
Information Submission of Sep. 1, 2009 in U.S. Appl. No. 11/045,446, including Appendices A, B and C.
International Search Report for Application No. PCT/JP2004/011312, dated Nov. 25, 2004.
Isaji, "Sodium-glucose cotransporter inhibitor for diabetes," Current Opinion in Investigational Drugs, vol. 8, No. 4, 2007, pp. 285-292.
Kahn et al, "Normalization of Blood Glucose in Diabetic Rats with Phlorizin Treatment Reverses Insulin-resistant Glucose Transport in Adipose Cells without Restoring Glucose Transporter Gene Expression," J. Clin. Invest., vol. 87, Feb. 1991, pp. 561-570.
Kanai et al., "The Human Kidney Low Affinity Na+/Glucose Cotransporter SGLT2: Delineation of the Major Renal Reabsorptive Mechanism for D-Glucose", J. Clin. Invest., vol. 93, Jan. 1994, pp. 397-404.
Kasahara et al., "A missense mutation in the Na+/glucose cotransporter gene SGLT1 in a patient with congenital glucose-galactose malabsorption: normal trafficking but inactivation of the mutant protein," Biochimica et Biophysica Acta, vol. 1536, 2001, pp. 141-147.
Katz et al., "Quantitative Insulin Sensitivity Check Index: A Simple, Accurate Method for Assessing Insulin Sensitivity In Humans.", J. of Clin. Endrocrinology & Metabolism, vol. 85, No. 7, 2000, pp. 2402-2410.
Ketcha et al., "Synthesis of Alyl-Substituted N-Protected Indoles via Acylation and Reductive Deoxygenation1" J. Org. Chem., vol. 54, 1989, pp. 4350-4356.
Khan et al, "Reactions of Phenyl-Substituted Heterocyclic Compounds—II. Nitrations and Brominations of 1-Phenylpyrazole Derivatives," Canadian Journal of Chemistry, vol. 41, 1963, pp. 1540-1547.
Liang et al., "JNJ-28431754/TA-7284, an Inhibitor of Sodium-Glucose Cotransporter 2, Ameliorates Diabetic Syndrome in the Zucker Diabetic Fatty Rat," Oct. 2009, Poster presented at International Diabetes Federation 20th World Diabetes Congress, Montreal, Canada.
Liang et al., "JNJ-28431754/TA-7284, an Inhibitor of Sodium-Glucose Cotransporter 2, Reduces Body Weight Gain in Zucker Fatty Rats," Oct. 2009, Poster presented at International Diabetes Federation 20th World Diabetes Congress, Montreal, Canada.
Liang et al., "JNJ-28431754/TA-7284, an SGLT Inhibitor, Lowers Blood Glucose and Reduces Body Weight in Obese and type 2 Diabetic Animal Models," Jun. 2009.
Lin et et al., "Syntheses of Guanidinoglycosides with the Inventive use of Mitsunobu Conditions and 1, 8-Diazabicyclo[5.4.0]undec-7-ene.", Synthesis, No. 2, 2003, pp. 255-261.
Link et al., "A method for preparing C-glycosides related to phlorizin" Tetrahedron Letters, vol. 41, 2000, pp. 9213-9217.
Lipscombe et al., "Trends in diabetes prevalence, incidence, and mortality in Ontario, Canada 1995-2005: a population-based study", Lancet, vol. 369, 2007, pp. 750-756.
Maatooq, "C-p-Hydroxybenzoylglycoflavones from Citrullus Colocynthis", Phytochemistry, vol. 44, No. 1, Jan. 1997, pp. 187-190.
Mackenzie et al., "Biophysical Characteristics of the Pig Kidney Na+/Glucose Cotransporter SGLT2 Reveal a Common Mechanism for SGLT1 and SGLT2", J. Biol. Chem., vol. 271, No. 5, 1996, pp. 32678-32683.
Manis et al., "Metabolism of 4,4'-Methylenebis(2-chloroaniline) By Canine Liver and Kidney Slices.", Drug Metabolism and Disposition, vol. 14, No. 2, 1986, pp. 166-174.
Marsenic, "Glucose Control by the Kidney: An Emerging Target in Diabetes.", Am. J. of Kidney Diseases, vol. 53, No. 5, May 2009, pp. 875-883.
Matsuda et al., "Insulin Sensitivity Indices Obtained From Oral Glucose Tolerance Testing: Comparison with the euglycemic insulin clamp," Diabetes Care, vol. 22, No. 9, Sep. 1999, pp. 1462-1470.
Matthews et al., "Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man," Diabetolgia, vol. 28, 1985, pp. 412-419.
Meanwell et al., "Regiospecific Functionalization of 1,3-Dihydro-2H-benzimidazol-2-one and Structurally Related Cyclic Urea Derivates.", J. Org. Chemistry, vol. 60, No. 6, 1995, pp. 1565-1582.
Meng et al., "Discovery of Dapagliflozin: A Potent, Selective Renal Sodium-Dependent Glucose Cotransporter 2 (SGLT2) Inhibitor for the Treatment of Type 2 Diabetes", J. Med. Chem., vol. 51, No. 5, 2008, pp. 1145-1149.
Mewshaw et al., "New Generation Dopaminergic Agents. 7. Heterocyclic Bioisosteres that Exploit the 3-OH-Phenoxyethylamine D2 Template", Bioorganic & Medicinal Chemistry Letters, vol. 9, 1999, pp. 2593-2598.
Miyaura et al., "Palladium-Catalyzed Cross-Coupling Reactions of Organoboron Compounds.", Chem. Rev., vol. 95, No. 7, 1995, pp. 2457-2483.
Nishimura et al, "Tissue-specific mRNA Expression Profiles of Human ATP-binding Cassette and Solute Carrier Transporter Superfamilies," Drug Metab. Pharmacokinet., vol. 20, No. 6, 2005, pp. 452-477.
Nomura et al., "Discovery of Novel C-glucosides with Thiophene Ring as Sodium-dependent Glucose Cotransporter 2 Inhibitors for the Treatment of Type 2 Diabetes Mellitus", MEDI 151, Abstract, The 238th ACS National Meeting, Washington, DC, Aug. 16-20, 2009; American Chemical Society: Washington, DC.
Nomura, "Renal Sodium-Dependent Glucose Cotransporter 2 (SGLT2) Inhibitors for New Anti-Diabetic Agent," Current Topics in Medicinal Chemistry, vol. 10, No. 4, 2010, pp. 411-418.
Office Action in U.S. Appl. No. 11/045,446, dated Dec. 5, 2008.
Office Action in U.S. Appl. No. 11/045,446, dated Jun. 16, 2008.
Office Action in U.S. Appl. No. 11/045,446, dated Oct. 1, 2009.

Ohsumi et al. "Pyrazole-O-Glucosides as Novel Na+-Glucose Cotransporter (SGLT) Inhibitors" Bioorganic & Medicinal Chemistry Letters, vol. 13, 2003, pp. 2269-2272.
Oku et al., "T-1095, an Inhibitor of Renal Na+-Glucose Cotransporters, May Provide a Novel Approach to Treating Diabetes", Diabetes, vol. 48, Sep. 1999, pp. 1794-1800.
Orjales et al. "New 2-Piperazinylbenzimidazole Derivatives as 5-HT-3 Antagonists. Synthesis and Pharmacological Evaluation," J. Med. Chem., vol. 40, 1997, pp. 586-593.
Patani et al., "Bioisosterism: A Rational Approach to Drug Design", Chem. Rev., American Chemical Society, vol. 96, 1996, pp. 3147-3176.
Peng et al., "Post-transcriptional Regulaton of Na+/Glucose Cotransporter (SGTL1) Gene Expression in LLC-PK1 Cells.", Journal of Biological Chemistry, vol. 270, No. 35, 1995, pp. 20536-20542.
Polidori et al., "Frequently Used Insulin Sensitivity Measures May Be Inappropriate for Subjects Treated With SGLT2 Inhibitors," Jun. 2009, Poster presented at the American Diabetes Assoc. 69th Scientific Sessions, Jun. 5-9, 2009, New Orleans, LA.
Raynaud et al., "Revised Concept for the Estimation of Insulin Sensitivity From a Single Sample.", Diabetes Care, vol. 22, No. 6, Jun. 1999, pp. 1003-1004.
Rossetti et al, "Correction of Hyperglycemia with Phlorizin Normalizes Tissue Sensitivity to Insulin in Diabetic Rats," J. Clin. Invest., vol. 79, May 1987, pp. 1510-1515.
Rossetti et al, "Effect of Chronic Hyperglycemia on in Vivo Insulin Secretion in Partially Pancreatectomized Rats," J. Clin. Invest., vol. 80, Oct. 1987, pp. 1037-1044.
Rossetti et al., "Glucose Toxicity," Diabetes Care, vol. 13, Issue 6, 1990, pp. 610-630, Abstract only.
Silverman, "The Organic Chemistry of Drug Design and Drug Action," Academic Press, 1992, pp. 19-23.
Somei et al., "The First and Simple Total Synthesis of Cappariloside A1," Heterocycles, vol. 53, No. 7, 2000, pp. 1573-1578.
Srogl et al., "Sulfonium Salts. Participants par Excellence in Metal-Catalyzed Carbon-Carbon Bond-Forming Reactions", J. Am. Chem. Soc., vol. 119, No. 50, 1997, pp. 12376-12377.
Stoner et al, "Benzylation via Tandem Grignard Reaction—Iodotrimethylsilane (TMSI) Mediated Reduction," Tetrahedron, vol. 51, No. 41, 1995, pp. 11043-11062.
Stumvoll et at "Use of the Oral Glucose Tolerance Test to Assess Insulin Release and Insulin Sensitivity.", Diabetes Care, vol. 23, No. 3, Mar. 2000, pp. 295-301.
Tanaka et al. "Solid-Phase Synthesis of β-Mono-Substituted Ketones and an Application to the Synthesis of a Library of Phlorizin Derivatives", Synlett, No. 9, 2002, pp. 1427-1430.
The State Intellectual Property Office of P.R. China Office Action, Appl. No. 2004800220078, Dec. 26, 2008, pp. 1-6, Second Office Action, English translation.
The State Intellectual Property Office of P.R. China Office Action, Appl. No. 2004800220078, Oct. 19, 2007, pp. 1-6, First Office Action, English translation.
The State Intellectual Property Office of P.R. China The Decision of Rejection (PCT) Action, Appl. No. 2004800220078, Nov. 2009, pp. 1-7.
The State Intellectual Property Office of P.R. China, Observations (1st), Appl. No. 2004800220078, May 2008, pp. 1-3, English translation.
The State Intellectual Property Office of P.R. China, Observations (2nd), Appl. No. 2004800220078, May 2009, pp. 1-4, English translation.
The State Intellectual Property Office of P.R. China, Record of Interview, Appl. No. 2004800220078, Sep. 2009, pp. 1-7, English translation.
The State Intellectual Property Office of P.R. China, Response to The Decision of Rejection (PCT), Appl. No. 2004800220078, Feb. 2010, pp. 1-27, English translation.
Thornber, "Isosterism and Molecular Modification in Drug Design", Chemical Society Reviews, vol. 8, 1979, pp. 563-580.
Tsujihara et al, "Na+-Glucose Cotransporter (SGLT) Inhibitors as Antidiabetic Agents. 4. Synthesis and Pharmacological Properties of 4'-Dehydroxyphlorizin Derivatives Substituted on the B Ring," J. Med. Chem., vol. 42, No. 26, 1999, pp. 5311-5324.
Tsujihara et al., "Na+-Glucose Cotransporter Inhibitors as Antidiabetic.I. Synthesis and Pharmacological Properties of 4'-Dehydroxyphlorizin Derivatives Based on a New Concept," Chem. Pharm. Bull., vol. 44, No. 6, 1996, pp. 1174-1180.
Tsujihara et al., Bio Clinica, vol. 13, No. 4, 1998, pp. 324-328, English language Abstract.
Turk et al., "Glucose/galactose malabsorption caused by a defect in the Na+/glucose cotransporter," Nature, vol. 350, Mar. 1991, pp. 354-356.
Ueta et al, "Anti-diabetic and Anti-obesity effects of TA-7284, a Novel SGLT2 Inhibitor," Partial English translation, JDS Poster Presentation, 2009.
Ueta et al, "Long-term treatment with the Na+-glucose cotransporter inhibitor T-1095 causes sustained improvement in hyperglycemia and prevents diabetic neuropathy in Goto-Kakizaki Rats," Life Sciences, vol. 76, 2005, pp. 2655-2668.
Unger et al., "Hyperglycaemia as an inducer as well as a consequence of impaired islet cell function and insulin resistance: implications for the management of diabetes.", Diabetologia, vol. 28, 1985, pp. 119-121.
Wallace et al., "Use and Abuse of HOMA Modeling.", Diabetes Care, vol. 27, No. 6, Jun. 2004, pp. 1487-1495.
Wang et al, "Selective monolithiation of 2,5-dibromopyridine with butyllithium," Tetrahedron Letters, vol. 41, 2000, pp. 4335-4338.
Wareham et al., "Is There Really an epidemic of diabetes?", Diabetologia, vol. 48, 2005, pp. 1454-1455.
Washburn, "Evolution of sodium glucose co-transporter 2 inhibitors as anti-diabetic agents," Expert Opin. Ther. Patents, vol. 19, No. 11, 2009, pp. 1485-1499.
Wild et al., "Global Prevalence of Diabetes: Estimates for the year 2000 and projections for 2030," Diabetes Care, vol. 27, No. 5, May 2004, pp. 1047-1053.
Wolff, vol. 1: Principles and Practice, Burger's Medicinal Chemistry and Drug Discovery, 5th Edition, 1995, pp. 975-977.
Wright, "Renal Na+-glucose cotransporters," Am J Physiol Renal Physiol, vol. 280, 2001, pp. F10-F18.
Yang et al., "Convergent C-Glycolipid Synthesis via the Ramberg-Bäcklund Reaction: Active Antiproliferative Glycolipids", vol. 1, No. 13, Org. Lett. 1999, pp. 2149-2151.
Zamani, "Synthesis and Structure Determination of Some New N-Glycosides of 4,5-Disubstituted-1,2,4-triazole-3-thiones", Journal of the Chinese Chemical Society, vol. 49, 2002, pp. 1041-1044.
Zhou, "The Synthesis and Characterization of 1-Benzyl-3-N-(Beta-D-glucoside-1-yl)-5-fluorouracil", Hecheng Huaxue, vol. 9, No. 3, 2001, pp. 272-274.
Amishiro, N. et al., "Synthesis and Antitumor Activity of Duocarmycin Derivatives: A-Ring Pyrrole Compounds Bearing 5-Membered Heteroarylacryloyl Groups," Chem. Pharm. Bull., Oct. 1999, vol. 47, No. 10, pp. 1393-1403.
Bookser, B.C., "2-Benzyloxymethyl-5-(tributylstannyl)tetrazole. A reagent for the preparation of 5-aryl- and 5-heteroaryl-1H-tetrazoles via the Stille reaction," Tetrahedron Letters, 2000, vol. 41, pp. 2805-2809.
Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 2: 2,4, or 5-Halopyridin-3-yl-boronic acids and esters," Tetrahedron, 2002, vol. 58, pp. 3323-3328.
Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 3: 2, or 3-Halopyridin-4-yl-boronic acids and esters," Tetrahedron, 2002, vol. 58, pp. 4369-4373.
Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 4: Halopyridin-2-yl-boronic acids and esters are stable, crystalline partners for classical Suzuki cross-coupling," Tetrahedron, 2003, vol. 59, pp. 10043-10049.
Cicchillo, R.M. et al, "A convenient synthesis of glycosyl chlorides from sugar hemiacetals using triphosgene as the chlorine source," Carbohydrate Research, 2000, vol. 328, pp. 431-434.
Clayden, J. et al, "Dearomatizing Cyclization of Arylsulfonylalkoxymethyl Lithiums: A Route to the Podophyllotoxin Skeleton," Organic Letters, 2003, vol. 5, No. 6, pp. 831-834.

Cottet, F. et al, "Recommendable Routes to Trifluoromethyl-Substituted Pyridine- and Quinolinecarboxylic Acids," Eur. J. Org. Chem., 2003, pp. 1559-1568.
De Las Heras, F. G. et al, "Alkylating Nucleosides 1. Synthesis and Cytostatic Activity of N-Glycosyl(halomethyl)-1,2,3-triazoles. A New Type of Alkylating Agent," Journal of Medicinal Chemistry, 1979, vol. 22, No. 5, pp. 496-501.
Frahn, J. et al, "Functionalized AB-Type Monomers for Suzuki Polycondensation," Synthesis, Nov. 1997, pp. 1301-1304.
Fuller, L.S. et al, "Thienothiophenes. Part 2. Synthesis, metallation and bromine-lithium exchange reactions of thieno[3,2-b-thiophene and its polybromo derivatives," J. Chem. Soc., Perkin Trans. 1., 1997, pp. 3465-3470.
Ganesh, T. et al, "Synthesis and biological evaluation of fluorescently labeled epothilone analogs for tubulin binding studies," Tetrahedron, 2003, vol. 59, pp. 9979-9984.
Gohier, F. et al, "ortho-Metalation of Unprotected 3-Bromo and 3-Chlorobenzoic Acids with Hindered Lithium Dialkylamides," J. Org. Chem., 2003, vol. 68, pp. 2030-2033.
Gronowitz, S. et al, "Some Substitution Reactions of 1-(2-Thienyl)pyrazole and 1-(3'-Thienyl)pyrazole," Chemica Scripta., 1979, vol. 13, pp. 157-161.
Gros, P. et al, "Efficient and Regioselective Access to Bis-heterocycles via Palladium-Catalysed Coupling of Organostannanes and Organozincates Derived from C-6 Lithiated 2-Methoxypyridine," Synthesis, 1999, No. 5, pp. 754-756.
Lee, J. S. et al, "Synthesis and In Vitro Activity of Novel Isoxazolyl Tetrahydropyridinyl Oxazolidinone Antibacterial Agents," Bioorganic & Medicinal Chemistry Letters, 2003, vol. 13, pp. 4117-4120.
Messaoudi, S. et al, "Synthesis and biological evaluation of oxindoles and benzimidazolinones derivatives," European Journal of Medicinal Chemistry, 2004, vol. 39, pp. 453-458.
Parker, K. A. et al, "Reductive Aromatization of Quinols: Synthesis of the C-Arylglycoside Nucleus of the Paulacandins and Chaetiacandin," Organic Letters, 2000, vol. 2, No. 4, pp. 497-499.
Schmidt, R. R. et al, "Synthese von Pyrazol-, Pyrazolo[3,4-d]pyrimidin-und 1H-1,2,4-Triazolgluconucleosiden aus Glucosehydrazonen," Liebigs Ann. Chem., 1981, pp. 2309-2317.
Tilak, B.D. et al, "Carcinogenesis by Thiophene Isosters of Polycyclic Hydrocarbons," Tetrahedron, 1960, vol. 9, pp. 76-95.
Yoshimura, H. et al, "Discovery of Novel and Potent Retinoic Acid Receptor alpha-Agonists: Synthesis and Evaluation of Benzofuranyl-pyrrole and Benzothiophenyl-pyrrole Derivatives," J. Med. Chem., 2000, vol. 43, pp. 2929-2937.

* cited by examiner


X-RAY POWDER DIFFRACTION
(cps)
25000
20000
15000
10000
5000
0
10.0000
20.0000
30.0000
40.0000
2θ(°)

FIG.1


INFRA-RED SPECTRUM
%T
79.99
70.0
60.0
50.0
40.0
30.0
20.0
10.0
2.24
4000.0
3600
3200
2800
2400
2000
1800
1600
1400
1200
1000
800
600
400.0
cm-1

FIG.2

# CRYSTALLINE FORM OF 1-(β-D-GLUCOPYRANSOYL)-4-METHYL-3-[5-(4-FLUOROPHENYL)-2-THIENYLMETHYL]BENZENE HEMIHYDRATE

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate useful as an inhibitor of sodium-dependent glucose transporter, to methods for its preparation and isolation, to pharmaceutical compositions which include the compound and a pharmaceutically acceptable carrier, and to pharmaceutical methods of treatment.

2. Description of the Related Art

WO 2005/012326 pamphlet discloses a class of compounds that are inhibitors of sodium-dependent glucose transporter (SGLT) and thus of therapeutic use for treatment of diabetes, obesity, diabetic complications, and the like. There is described in WO 2005/012326 pamphlet 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene of formula (I):

(I)




In general, for commercial use it is important that a product should have good handling qualities. Additionally, there is a need to produce the product in a pure and crystalline form to enable formulations to meet exacting pharmaceutical requirements and specifications.

And it is desirable that the product should be in a form that is readily filterable and easily dried.

Additionally, it is economically desirable that the product be stable for extended periods of time without the need for specialized storage conditions.

But there have been difficulties in obtaining a crystal form of the compound of formula (I) from organic solvents.

It has now been discovered that the compound of formula (I) hemihydrate can be produced in a crystalline form in a manner reproducible on a commercial scale.

## SUMMARY OF THE INVENTION

The present invention provides a crystalline form of hemihydrate of the compound of formula (I) as a novel material, in particular in pharmaceutically acceptable form.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**:

X-ray powder diffraction pattern of the crystalline of hemihydrate of the compound of formula (I).



FIG. **2**:

Infra-red spectrum of the crystalline of hemihydrate of the compound of formula (I).

## DETAILED DESCRIPTION OF THE INVENTION

The inventors of the present invention have found that the compounds of formula (I) can be crystallized from a water-containing solvent and the crystalline form of hemihydrate of the compounds (I) have good handling qualities and characteristics.

Accordingly, the present invention is directed to:

1. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene.
2. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene characterized by a powder x-ray diffraction pattern comprising the following 2θ values measured using $CuK_\alpha$ radiation: 4.36±0.2, 13.54±0.2, 16.00±0.2, 19.32±0.2, 20.80±0.2.
3. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, having substantially the same X-ray powder diffraction pattern as set out in FIG. **1**.
4. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, having substantially the same IR spectrum, as set out in FIG. **2**.
5. A process for the preparation of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, which comprises forming a solution of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene and crystallizing said hemihydrate from the solution by precipitation or recrystallization.
6. A pharmaceutical composition comprising an effective amount of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene and a pharmaceutically acceptable carrier.
7. A method for treatment or delaying the progression or onset of diabetes mellitus, diabetic retinopathy, diabetic neuropathy, diabetic nephropathy, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, diabetic complications, atherosclerosis, or hypertension, which comprises administering a therapeutically effective amount of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene.

As discussed, the present invention includes a certain solid state crystalline form. Several methods for characterizing such forms exist, and the invention should not be limited by the methods chosen or the instrumentation used in characterizing the compounds of the present invention. For example, with regard to x-ray diffraction patterns, the diffraction peak intensities in the experimental patterns can vary, as is known in the art, primarily due to preferred orientation (non-random orientation of the crystals) in the prepared sample. As such, the scope of the present invention must be considered in light of the variability of characterization that is appreciated by those skilled in the art.

X-Ray Powder Diffraction

The crystalline form of the present invention (I) is characterized by its X-ray powder diffraction pattern. The X-ray diffraction pattern of the crystalline of hemihydrate of the compound (I) was measured on an X-ray diffractometer

(RINT-TTR III, Rigaku, Tokyo, Japan) with measured using $CuK_\alpha$ radiation. Methodology of X-ray powder diffraction is as follows:

Scanning rate: 2.00 degree/minute.
Target: $CuK_\alpha$.
Voltage: 50 kV.
Current: 300 mA.
Scan range: from 3 to 40.0 degree.
Sampling width: 0.0200 degree.

Infra-Red Spectrum

The infra-red spectrum of the crystalline form of the present invention in mineral oil comprises the following main peaks: 1626, 1600, 1549, and 1507 $cm^{-1}$.

The infra-red spectrum of crystalline compound (I) hemihydrate is shown in the accompanying drawing in which the ordinate is the transmittance in % and the abscissa is the wavenumber in $cm^{-1}$.

Thermogravimetric Analysis

The crystalline form of the present invention has been observed to exist in a hemihydrate form. The theoretical water content of the crystalline of the present invention is 1.98%. The thermogravimetric analysis for the crystalline of the present invention shows a mass loss of 1.705%.

Methodology of thermogravimetric analysis is as follows: about 8 mg of compound (I) hemihydrate is weighed and transferred in an aluminum cell holder for TG-50 (Shimadzu, Japan), and then, the thermogravimetric (TG) thermal curve of crystalline compound (I) hemihydrate is determined at a heat rate of 5° C./minute. Typical measuring range is from ambient to 150° C.

The present invention also provides a process for producing the crystalline form of hemihydrate of the compound (I) which comprises forming a solution of compound (I) and precipitating the crystalline form from solution.

Typically, the crystalline of hemihydrate of the compound (I) may be obtained from a mixture of the compound of formula (I), a good solvent and water, optionally containing a poor solvent.

Sometimes some impurities may act as crystallization inhibitors, and impurities need to be removed using a conventional manner, such as silica gel column chromatography. However, the crystalline of hemihydrate of the compound of formula (I) can even be obtained from relatively impure compound (I).

The present invention also provides a pharmaceutical composition comprising the crystalline of hemihydrate of the compound (I) and a pharmaceutically acceptable carrier.

The crystalline compound of the present invention possesses activity as inhibitors of sodium-dependent glucose transporters, and show excellent blood glucose lowering effect.

The crystalline form of the present invention are expected to be useful in the treatment, prevention or delaying the progression or onset of diabetes mellitus (type 1 and type 2 diabetes mellitus, etc.), diabetic complications (such as diabetic retinopathy, diabetic neuropathy, diabetic nephropathy), postprandial hyperglycemia, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, atherosclerosis, or hypertension.

The crystalline form of the present invention or a pharmaceutically acceptable salt thereof may be administered either orally or parenterally, and can be used in the form of a suitable pharmaceutical preparation. Suitable pharmaceutical preparations for oral administration include, for example, solid preparations such as tablets, granules, capsules, and powders,



or solution preparations, suspension preparations, emulsion preparations, and the like. Suitable pharmaceutical preparations for parenteral administration include, for example, suppositories; injection preparations or intravenous drip preparations, using distilled water for injection, physiological saline solution or aqueous glucose solution; and inhalant preparations.

The pharmaceutical compositions herein will contain, per dosage unit, e.g., tablet, capsule, powder, injection, suppository, teaspoonful and the like, from about 0.01 mg/kg to about 100 mg/kg body weight (preferably from about 0.01 mg/kg to about 50 mg/kg; and, more preferably, from about 0.01 mg/kg to about 30 mg/kg) of the active ingredient, and may be given at a dosage of from about 0.01 mg/kg/day to about 100 mg/kg/day (preferably from about 0.01 mg/kg/day to about 50 mg/kg/day and more preferably from about 0.01 mg/kg/day to about 30 mg/kg/day). The method of treating a disorder described in the present invention may also be carried out using a pharmaceutical composition comprising the crystalline form as defined herein and a pharmaceutical acceptable carrier. The dosage form will contain from about 0.01 mg/kg to about 100 mg/kg (preferably from about 0.01 mg/kg to about 50 mg/kg; and, more preferably, from about 0.01 mg/kg to about 30 mg/kg) of the active ingredient, and may be constituted into any form suitable for the mode of administration selected. The dosages, however, may be varied depending upon administration routes, the requirement of the subjects, the severity of the condition being treated and the compound being employed. The use of either daily administration or post-periodic dosing may be employed.

The crystalline form of the present invention may be used, if necessary, in combination with one or more of other antidiabetic agents, antihyperglycemic agents and/or agents for treatment of other diseases. The present compounds and these other agents may be administered in the same dosage form, or in a separate oral dosage form or by injection.

The dosage of those agents may vary according to, for example, ages, body weight, conditions of patients, administration routes, and dosage forms.

These pharmaceutical compositions may be orally administered to mammalian species including human beings, apes, and dogs, in the dosage form of, for example, tablet, capsule, granule or powder, or parenterally administered in the form of injection preparation, or intranasally, or in the form of transdermal patch.

The crystalline form of hemihydrate of the compound of formula (I) can be prepared from a mixture of the compound (I), a good solvent and water, optionally containing a poor solvent.

Examples of good solvents which have been found suitable include ketones (e.g., acetone, 2-butanone), esters (e.g., ethyl acetate, methyl acetate), alcohols (e.g., methanol, ethanol, i-propanol), and a mixture of these solvents. Examples of poor solvents include alkanes (e.g., hexane, heptane), aromatic hydrocarbons (e.g., benzene, toluene), ethers (e.g., diethyl ether, dimethyl ether, diisopropyl ether) and a mixture of these solvents.

One preferred preparation of the crystalline form of hemihydrate of the compound of formula (I) typically involves dissolving in a good solvent (e.g., ketones or esters) crude or amorphous compound of formula (I) prepared in accordance with the procedures described in WO 2005/012326 pamphlet, and adding water and a poor solvent (e.g., alkanes or ethers) to the resulting solution, followed by filtration.

In case that a good solvent is soluble in water, a poor solvent needs not be used and water may be added to the

solution of the compound of formula (I) in the good solvent so the solubility of the compound of formula (I) can be decreased in the solution.

In case that a poor solvent is used, water is preferably used in amount of 1 to 10 molar equivalents to the compound of formula (I), the good solvent is preferably used in amount of 10 to 100 times of volume of water, and the poor solvent is preferably used in amount of 0.1 to 10 times of volume of the good solvent.

The precise conditions under which the crystalline of hemihydrate of the compound (I) is formed may be empirically determined.

Under these conditions, crystallization can preferably be carried out at a lowered, ambient or elevated temperature.

The crystalline form of hemihydrate of the compound of formula (I) is significantly easier to isolate than amorphous form of the compound and can be filtered from the crystallization medium after cooling, and washed and dried. Also, the crystalline form of the present invention is more stable than the amorphous form of the compound of formula (I).

## EXAMPLES

### Example 1

### Crystalline 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate

1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene was prepared in a similar manner as described in WO 2005/012326.




(1) To a solution of 5-bromo-1-[5-(4-fluorophenyl)-2-thienylmethyl]-2-methylbenzene (1, 28.9 g) in tetrahydrofuran (480 ml) and toluene (480 ml) was added n-butyllithium (1.6M hexane solution, 50.0 ml) dropwise at −67 to −70° C. under argon atmosphere, and the mixture was stirred for 20 minutes at the same temperature. Thereto was added a solution of 2 (34.0 g) in toluene (240 ml) dropwise at the same temperature, and the mixture was further stirred for 1 hour at the same temperature. Subsequently, thereto was added a solution of methanesulfonic acid (21.0 g) in methanol (480 ml) dropwise, and the resulting mixture was allowed to warm to room temperature and stirred for 17 hours. The mixture was cooled under ice—water cooling, and thereto was added a saturated aqueous sodium hydrogen carbonate solution. The mixture was extracted with ethyl acetate, and the combined organic layer was washed with brine and dried over magnesium sulfate. The insoluble was filtered off and the solvent was evaporated under reduced pressure. The residue was triturated with toluene (100 ml)—hexane (400 ml) to give 1-(1-methoxyglucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]-benzene (3) (31.6 g). APCI-Mass m/Z 492 ($M+NH_4$).

(2) A solution of 3 (63.1 g) and triethylsilane (46.4 g) in dichloromethane (660 ml) was cooled by dry ice-acetone bath under argon atmosphere, and thereto was added dropwise boron trifluoride•ethyl ether complex (50.0 ml), and the mixture was stirred at the same temperature. The mixture was allowed to warm to 0° C. and stirred for 2 hours. At the same temperature, a saturated aqueous sodium hydrogen carbonate solution (800 ml) was added, and the mixture was stirred for 30 minutes. The organic solvent was evaporated under reduced pressure, and the residue was poured into water and extracted with ethyl acetate twice. The organic layer was washed with water twice, dried over magnesium sulfate and treated with activated carbon. The insoluble was filtered off and the solvent was evaporated under reduced pressure. The residue was dissolved in ethyl acetate (300 ml), and thereto were added diethyl ether (600 ml) and $H_2O$ (6 ml). The mixture was stirred at room temperature overnight, and the

precipitate was collected, washed with ethyl acetate-diethyl ether (1:4) and dried under reduced pressure at room temperature to give 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate (33.5 g) as colorless crystals. mp 98-100° C. APCI-Mass m/Z 462 $(M+NH_4)$. $^1$H-NMR (DMSO-$d_6$) δ 2.26 (3H, s), 3.13-3.28 (4H, m), 3.44 (1H, m), 3.69 (1H, m), 3.96 (1H, d, J=9.3 Hz), 4.10, 4.15 (each 1H, d, J=16.0 Hz), 4.43 (1H, t, J=5.8 Hz), 4.72 (1H, d, J=5.6 Hz), 4.92 (2H, d, J=4.8 Hz), 6.80 (1H, d, J=3.5 Hz), 7.11-7.15 (2H, m), 7.18-7.25 (3H, m), 7.28 (1H, d, J=3.5 Hz), 7.59 (2H, dd, J=8.8, 5.4 Hz). Anal. Calcd. for $C_{24}H_{25}FO_5S.0.5H_2O$: C, 63.56; H, 5.78; F, 4.19; S, 7.07. Found: C, 63.52; H, 5.72; F, 4.08; S, 7.00.

Example 2

An amorphous powder of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene (1.62 g) was dissolved in acetone (15 ml), and thereto were added $H_2O$ (30 ml) and a crystalline seed. The mixture was stirred at room temperature for 18 hours, and the precipitate was collected, washed with acetone—$H_2O$ (1:4, 30 ml) and dried under reduced pressure at room temperature to give 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate (1.52 g) as colorless crystals. mp 97-100° C.

The invention claimed is:

**1**. A crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate.

**2**. A crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1**, having a powder x-ray diffraction pattern comprising the following 2θ values measured using $CuK_\alpha$ radiation: 4.36±0.2, 13.54±0.2, 16.00±0.2, 19.32±0.2, and 20.80±0.2.

**3**. A crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1**, having substantially the same X-ray diffraction pattern as set out in FIG. **1**.

**4**. A crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1**, having substantially the same IR spectrum, as set out in FIG. **2**.

**5**. A process for the preparation of a crystalline form of 1-(β-D-glucopyranosyl) -4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1**, which comprises forming a solution of 1-(β-D-glucopyranosyl)-4-methyl-3[5-(4-fluoro-phenyl) -2-thienylmethyl]benzene and crystallizing said hemihydrate from the solution by precipitation or recrystallization.

**6**. A pharmaceutical composition comprising an effective amount of a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1** and a pharmaceutically acceptable carrier.

**7**. A method for treatment or delaying the progression or onset of diabetes mellitus, diabetic retinopathy, diabetic neuropathy, diabetic nephropathy, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, diabetic complications, atherosclerosis, or hypertension, which comprises administering a therapeutically effective amount of a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1** to a subject in need thereof.

* * * * *

# EXHIBIT B

US008513202B2

(12) **United States Patent**
**Nomura et al.**

(10) **Patent No.: US 8,513,202 B2**
(45) **Date of Patent: *Aug. 20, 2013**

(54) **CRYSTALLINE FORM OF 1-(β-D-GLUCOPYRANOSYL)-4-METHYL-3-[5-(4-FLUOROPHENYL)-2-THIENYL-METHYL]BENZENE HEMIHYDRATE**

(75) Inventors: **Sumihiro Nomura**, Osaka (JP); **Eiji Kawanishi**, Osaka (JP)

(73) Assignee: **Mitsubishi Tanabe Pharma Corporation**, Osaka-Shi (JP)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/103,557**

(22) Filed: **May 9, 2011**

(65) **Prior Publication Data**

US 2011/0212905 A1 Sep. 1, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 11/987,670, filed on Dec. 3, 2007, now Pat. No. 7,943,582.

(60) Provisional application No. 60/868,426, filed on Dec. 4, 2006.

(30) **Foreign Application Priority Data**

Dec. 4, 2006 (JP) ................................ 2006-327019

(51) **Int. Cl.**
*A61K 31/7034* (2006.01)
*C07H 7/04* (2006.01)

(52) **U.S. Cl.**
CPC .............. ***A61K 31/7034*** (2013.01); ***C07H 7/04*** (2013.01)
USPC ............................................ **514/23**; 536/122

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,160,861 A 7/1979 Cole et al.
4,584,369 A 4/1986 Klein et al.
5,149,838 A 9/1992 Humphrey et al.
5,424,406 A 6/1995 Tsujihara et al.
5,731,292 A 3/1998 Tsujihara et al.
5,767,094 A 6/1998 Tsujihara et al.
5,780,483 A 7/1998 Widdowson et al.
5,830,873 A 11/1998 Tsujihara et al.
6,048,842 A 4/2000 Tsujihara et al.
6,153,632 A 11/2000 Rieveley
6,297,363 B1 10/2001 Kubo et al.
6,414,126 B1 7/2002 Ellsworth et al.
6,515,117 B2 2/2003 Ellsworth et al.
6,562,791 B1 5/2003 Maurya et al.
6,617,313 B1 9/2003 Maurya et al.
6,627,611 B2 9/2003 Tomiyama et al.
7,375,213 B2 5/2008 Deshpande et al.
7,511,022 B2 3/2009 Beavers et al.
7,943,582 B2 * 5/2011 Nomura et al. ................. 514/23
2001/0041674 A1 11/2001 Tomiyama et al.
2002/0032164 A1 3/2002 Dale et al.
2002/0052326 A1 5/2002 Washburn
2002/0111315 A1 8/2002 Washburn et al.
2003/0024914 A1 2/2003 Aleshin
2003/0064935 A1 4/2003 Gougoutas
2003/0087843 A1 5/2003 Washburn
2003/0114390 A1 6/2003 Washburn et al.
2004/0053855 A1 3/2004 Fujikura et al.
2004/0063646 A1 4/2004 Fujikura et al.
2004/0110936 A1 6/2004 Ohsumi et al.
2004/0116357 A1 6/2004 Fushimi et al.
2004/0132669 A1 7/2004 Nishimura et al.
2004/0138143 A1 7/2004 Glombik et al.
2004/0259819 A1 12/2004 Frick et al.
2005/0014704 A1 1/2005 Frick et al.
2005/0032711 A1 2/2005 Patel et al.
2005/0032712 A1 2/2005 Urbanski
2005/0037980 A1 2/2005 Rybczynski et al.
2005/0037981 A1 2/2005 Beavers et al.
2005/0124556 A1 6/2005 Burton
2005/0233988 A1 10/2005 Nomura et al.
2006/0217323 A1 9/2006 Patel et al.
2006/0229260 A1 10/2006 Rybczynski et al.
2006/0234954 A1 10/2006 Urbanski
2006/0293251 A1 12/2006 Urbanski et al.
2007/0060545 A1 3/2007 Nomura et al.

FOREIGN PATENT DOCUMENTS

CA 2494177 A1 2/2004
EP 0355750 A1 2/1990
EP 0579204 A2 1/1994
EP 0579204 A3 1/1994
EP 1338603 A1 8/2003
EP 1528066 A1 5/2005

(Continued)

OTHER PUBLICATIONS

Ahmad et al., "Synthesis and Structure Determination of Some Oxadiazole-2-Thione and Triazole-3-Thione Galactosides", Nucleosides, Nucleotides & Nucleic Acids, vol. 20, No. 9, 2001, pp. 1671-1682.
Amishiro, N. et al., "Synthesis and Antitumor Activity of Duocarmycin Derivatives: A-Ring Pyrrole Compounds Bearing 5-Membered Heteroarylacryloyl Groups," Chem. Pharm. Bull., Oct. 1999, vol. 47, No. 10, pp. 1393-1403.
Appleton et al, "A Mild and Selective C-3 Reductive Alkylation of Indoles", Tetrahedron Letters, vol. 34, No. 9, 1993, pp. 1529-1532.
Arakawa et al, "Improved diabetic syndrome in C57BL/KsJ-db/db mice by oral administration of the Na+ -glucose cotransporter inhibitor T-1095," British Journal of Pharmacology, vol. 132, 2001, pp. 578-586.

(Continued)

*Primary Examiner* — Eric S Olson
(74) *Attorney, Agent, or Firm* — Birch, Stewart, Kolasch & Birch, LLP

(57) **ABSTRACT**

A novel crystal form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate, and having favorable characteristics, is characterized by its x-ray powder diffraction pattern and/or by its infra-red spectrum.

**5 Claims, 2 Drawing Sheets**

(56) **References Cited**

FOREIGN PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| GB | 2359554 | A | 8/2001 |
| JP | 63-233975 | A | 9/1988 |
| JP | 4-253974 | A | 9/1992 |
| JP | 9-263549 | A | 10/1997 |
| JP | 10-324632 | A | 12/1998 |
| JP | 2000-34230 | A | 2/2000 |
| JP | 2000-34239 | A | 2/2000 |
| JP | 2001-288178 | A | 10/2001 |
| JP | 2003-12686 | A | 1/2003 |
| WO | WO 93/21178 | A1 | 10/1993 |
| WO | WO 97/25033 | A1 | 7/1997 |
| WO | WO 00/74681 | A1 | 12/2000 |
| WO | WO 01/27128 | A1 | 4/2001 |
| WO | WO 01/64669 | A1 | 9/2001 |
| WO | WO 01/68660 | A1 | 9/2001 |
| WO | WO 01/74834 | A1 | 10/2001 |
| WO | WO 01/74835 | A1 | 10/2001 |
| WO | WO 02/053573 | A1 | 7/2002 |
| WO | WO 02/068439 | A1 | 9/2002 |
| WO | WO 02/068440 | A1 | 9/2002 |
| WO | WO 02/070020 | A2 | 9/2002 |
| WO | WO 02/083066 | A2 | 10/2002 |
| WO | WO 02/088157 | A1 | 11/2002 |
| WO | WO 02/094262 | A1 | 11/2002 |
| WO | WO 03/000712 | A1 | 1/2003 |
| WO | WO 03/011880 | A1 | 2/2003 |
| WO | WO 03/020737 | A1 | 3/2003 |
| WO | WO 03/043621 | A1 | 5/2003 |
| WO | WO 03/087104 | A1 | 10/2003 |
| WO | WO 03/099836 | A1 | 12/2003 |
| WO | WO 2004/007517 | A1 | 1/2004 |
| WO | WO 2004/013118 | A1 | 2/2004 |
| WO | WO 2004/014931 | A1 | 2/2004 |
| WO | WO 2004/018442 | A1 | 3/2004 |
| WO | WO 2004/019958 | A1 | 3/2004 |
| WO | WO 2004/052902 | A1 | 6/2004 |
| WO | WO 2004/052903 | A1 | 6/2004 |
| WO | WO 2004/063209 | A2 | 7/2004 |
| WO | WO 2004/080990 | A1 | 9/2004 |
| WO | WO 2004/087727 | A1 | 10/2004 |
| WO | WO 2004/099230 | A1 | 11/2004 |
| WO | WO 2004/113359 | A1 | 12/2004 |
| WO | WO 2005/012326 | A1 | 2/2005 |
| WO | WO 2005/030127 | A2 | 4/2005 |
| WO | WO 2006/108842 | A1 | 10/2006 |
| WO | WO 2006/120208 | A1 | 11/2006 |
| WO | WO 2007/035198 | A1 | 3/2007 |
| WO | WO 2007/054978 | A2 | 5/2007 |
| WO | WO 2007/107354 | A1 | 9/2007 |


OTHER PUBLICATIONS


Banker et al. (Editors), Modern Pharmaceutics, Third Edition, published 1996, p. 596, Marcel Dekker, Inc.

Benhaddou et al.,"Tetra-n-propylammonium tetra-oxoruthenate(VII): a reagent of choice for the oxidation of diversely protected glycopyranoses and glycofuranoses to lactones", Carbohydrate Research, vol. 260, 1994, pp. 243-250.

Bertolini et al., "A New Simple One-Pot Regioselective Preparation of Mixed Diesters of Carbonic Acid.", Journal of Organic Chemistry, vol. 63, No. 17, 1998, pp. 6031-6034.

Blair et al., "Effect of Ring Fluorination on the Pharmacology of Hallucinogenic Tryptamines", J. Med. Chem., vol. 43, 2000, pp. 4701-4710.

Boehm et al., "Novel Inhibitors of DNA Gyrase: 3D Structure Based Biased Needle Screening, Hit Validation by Biophysical Methods, and 3D Guided Optimization. A Promising Alternative to Random Screening," J. Med. Chem., vol. 43, No. 14, 2000, pp. 2664-2674.

Bookser, B.C., "2-Benzyloxymethyl-5-(tributylstannyl)tetrazole. A reagent for the preparation of 5-aryl-and 5-heteroaryl-1H-tetrazoles via the Stille reaction," Tetrahedron Letters, 2000, vol. 41, pp. 2805-2809.

Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 2: 2,4, or 5-Halopyridin-3-yl-boronic acids and esters," Tetrahedron, 2002, vol. 58, pp. 3323-3328.

Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 3: 2, or 3-Halopyridin-4-yl-boronic acids and esters," Tetrahedron, 2002, vol. 58, pp. 4369-4373.

Bouillon, A. et al, "Synthesis of novel halopyridinylboronic acids and esters. Part 4: Halopyridin-2-yl-boronic acids and esters are stable, crystalline partners for classical Suzuki cross-coupling," Tetrahedron, 2003, vol. 59, pp. 10043-10049.

Brooks et al., "Boron Trichloride/Tetra-n-Butylammonium Iodide: A Mild, Selective Combination Reagent for the Cleavage of Primary Alkyl Aryl Ethers", J. Org. Chem., vol. 64, 1999, pp. 9719-9721.

CAS Reg. No. 487001-40-1, IPOrganisers, Entered STN Feb. 7, 2003, pp. 1-2.

Cicchillo, R.M. et al, "A convenient synthesis of glycosyl chlorides from sugar hemiacetals using triphosgene as the chlorine source," Carbohydrate Research, 2000, vol. 328, pp. 431-434.

Clayden, J. et al, "Dearomatizing Cyclization of Arylsulfonylalkoxymethyl Lithiums: A Route to the Podophyllotoxin Skeleton," Organic Letters, 2003, vol. 5, No. 6, pp. 831-834.

Comins et al., "Synthesis of 3-Substituted Indoles Via N-Acylindolium Ions", Tetrahedron Letters, vol. 27, No. 17, 1986, pp. 1869-1872.

Cottet, F. et al, "Recommendable Routes to Trifluoromethyl-Substituted Pyridine- and Quinolinecarboxylic Acids," Eur. J. Org. Chem., 2003, pp. 1559-1568.

Czernecki et al., "C-Glycosides. 7. Stereospecific C-Glycosylation of Aromatic and Heterocyclic Rings", J. Org. Chem., vol. 54, 1989, pp. 610-612.

De Las Heras, F. G. et al, "Alkylating Nucleosides 1. Synthesis and Cytostatic Activity of N-Glycosyl(halomethyl)-1,2,3-triazoles. A New Type of Alkylating Agent," Journal of Medicinal Chemistry, 1979, vol. 22, No. 5, pp. 496-501.

Deeg et al., "Pioglitazone and Rosiglitazone Have Different Effects on Serum Lipoprotein Particle Concentrations and Sizes in Patients With Type 2 Diabetes and Dyslipidemia.", Diabetes Care, vol. 30, No. 10, Oct. 2007, pp. 2458-2464.

Deetjen et al., "Renal Handling of D-Glucose and Other Sugars", Textbook of Nephrology, vol. 1, 3rd Edition, 1995, pp. 90-94.

Devivar et al., "Benzimidazole Ribonucleosides: Design, Synthesis, and Antiviral Activity of Certain 2-(Alkylthio)- and 2-(Benzylthio)-5,6-dichloro-1-(β-D-ribofuranosyl)benzimidazoles1," J.Med. Chem., vol. 37, 1994, pp. 2942-2949.

Dewynter et al., "Synthesis of Pseudonucleosides containing Chiral Sulfahydantoins as Aglycone (II)", Tetrahedron, vol. 52, No. 3, 1996, pp. 993-1004.

Dillard et al., "Indole Inhibitors of Human Nonpancreatic Secretory Phospholipase A2. 1. Indole-3-acetamides", J. Med. Chem., vol. 39, 1996, pp. 5119-5136.

Dondoni et al., "Stereoselective synthesis of C-glycosylphosphonates from their ketols. Reconsideration of an abandoned route", Tetrahedron: Asymmetry, vol. 11, 2000, pp. 305-317.

Dondoni et al., "Thiazole-Based Synthesis of Formyl C-Glycosides", J. Org. Chem., vol. 59, 1994, pp. 6404-6412.

Dudash, Jr. et al, "Glycosylated dihydrochalcones as potent and selective sodium glucose co-transporter 2 (SGLT2) inhibitors," Bioorganic & Medicinal Chemistry Letters, vol. 14, 2004, pp. 5121-5125.

Dunn et al., "Analgetic and antiinflammatory 7-Aroylbenzofuran-5-ylacetic acids and 7-Aroylbenzothiophene-5-ylacetic Acids.", Journal of Med. Chem., vol. 29, No. 1, 1986, pp. 2326-2329.

Eid et al., "Reaction of Some 1,2,4-Triazines with Acetobromoglucose", Arch. Pharm. (Weinheim), vol. 323, 1990, pp. 243-245.

Ellsworth et al, "Aglycone exploration of C-arylglucoside inhibitors of renal sodium-dependent glucose transporter SGLT2," Bioorganic & Medicinal Chemistry Letters, vol. 18, 2008, pp. 4770-4773.

Ellsworth et al., "C-Arylglucoside synthesis: triisopropylsilane as a selective reagent for the reduction of an anomeric C-phenyl ketal," Tetrahedron: Asymmetry, vol. 14, 2003, pp. 3243-3247.

Frahn, J. et al, "Functionalized AB-Type Monomers for Suzuki Polycondensation," Synthesis, Nov. 1997, pp. 1301-1304.

Fresneda et al., "Synthesis of the indole alkaloids meridianins from the tunicate Aplidium meridianum," Tetrahedron, vol. 57, 2001, pp. 2355-2363.
Fuller, L.S. et al, "Thienothiophenes. Part 2. Synthesis, metallation and bromine-lithium exchange reactions of thieno[3,2-b-thiophene and its polybromo derivatives," J. Chem. Soc., Perkin Trans. 1., 1997, pp. 3465-3470.
Ganesh, T. et al, "Synthesis and biological evaluation of fluorescently labeled epothilone analogs for tubulin binding studies," Tetrahedron, 2003, vol. 59, pp. 9979-9984.
Gershell, "Type 2 diabetes market", Nature Reviews Drug Discovery, vol. 4, May 2005, pp. 367-368.
Gohier, F. et al, "ortho-Metalation of Unprotected 3-Bromo and 3-Chlorobenzoic Acids with Hindered Lithium Dialkylamides," J. Org. Chem., 2003, vol. 68, pp. 2030-2033.
Goodman & Gilman's The Pharmacological Basis of Therapeutics, 10th Edition, McGraw-Hill Medical Publishing Division, 2001, pp. 54-57.
Gronowitz, S. et al, "Some Substitution Reactions of 1-(2-Thienyl)pyrazole and 1-(3'-Thienyl)pyrazole," Chemica Scripta., 1979, vol. 13, pp. 157-161.
Gros, P. et al, "Efficient and Regioselective Access to Bis-heterocycles via Palladium-Catalysed Coupling of Organostannanes and Organozincates Derived from C-6 Lithiated 2-Methoxypyridine," Synthesis, 1999, No. 5, pp. 754-756.
Han et al., "Dapagliflozin, A Selective SGLT2 Inhibitor, Improves Glucose Homeostasis in Normal and Diabetic Rats", Diabetes, vol. 57, Jun. 2008, pp. 1723-1729.
Handlon, "Sodium glucose co-transporter 2 (SGLT2) inhibitors as potential antidiabetic agents," Expert Opin. Ther. Patents, vol. 15, No. 11, 2005, pp. 1531-1540.
Hofslokken et al., "Convenient Method for the ortho-Formylation of Phenols.", Acta Chemica Scandinavica, vol. 53, 1999, pp. 258-262.
Hongu et al., "Na+-Glucose Cotransporter Inhibitors as Antidiabetic Agents. II.1) Synthesis and Structure—Activity Relationships of 4'-Dehydroxyphlorizin Derivatives", Chem. Pharm. Bull., vol. 46, No. 1, 1998, pp. 22-33.
Horton et al., "Synthetic Routes to Higher-Carbon Sugars. Reaction of Lactones with 2-Lithio-1,3-Dithiane", Carbohydrate Research, vol. 94, 1981, pp. 27-41.
Hu et al., "A New Approach Towards the Yellowing Inhibition of Mechanical Pulps. Part I: Selective Removal of alpha-Hydroxyl and alpha-Carbonyl Groups in Lignin Model Compounds", Holzforschung, vol. 53, No. 1, 1999, pp. 43-48.
Huang-Minlon, "Reduction of Steroid Ketones and other Carbonyl Compounds by Modified Wolff-Kishner Method", J. Am. Chem. Soc., vol. 71, Oct. 1949, pp. 3301-3303.
Ibrahim et al., "Selective Synthesis and Structure of 2-N- and 3-S-Glucosyl-1,2,4-Triazoles of Potential Biological Interest", Carbohydrate Letters, vol. 3, No. 5, 1999, pp. 331-338.
Ibrahim, "Facile Approach for the Selective Glycosidation of Cyclic Asymmetric Amides and Thioamides", Carbohydrate Letters, vol. 1, 1996, pp. 425-432.
Information Submission of Sep. 1, 2009 in U.S. Appl. No. 11/045,446, including Appendices A, B and C.
International Search Report for Application No. PCT/JP2004/011312, dated Nov. 25, 2004.
Isaji, "Sodium-glucose cotransporter inhibitor for diabetes," Current Opinion in Investigational Drugs, vol. 8, No. 4, 2007, pp. 285-292.
Kahn et al, "Normalization of Blood Glucose in Diabetic Rats with Phlorizin Treatment Reverses Insulin-resistant Glucose Transport in Adipose Cells without Restoring Glucose Transporter Gene Expression," J. Clin. Invest., vol. 87, Feb. 1991, pp. 561-570.
Kanai et al., "The Human Kidney Low Affinity Na+/Glucose Cotransporter SGLT2: Delineation of the Major Renal Reabsorptive Mechanism for D-Glucose", J. Clin. Invest., vol. 93, Jan. 1994, pp. 397-404.
Kasahara et al., "A missense mutation in the Na+/glucose cotransporter gene SGLT1 in a patient with congenital glucose-galactose malabsorption: normal trafficking but inactivation of the mutant protein," Biochimica et Biophysica Acta, vol. 1536, 2001, pp. 141-147.
Katz et al., "Quantitative Insulin Sensitivity Check Index: A Simple, Accurate Method for Assessing Insulin Sensitivity in Humans.", J. of Clin. Endrocrinology & Metabolism, vol. 85, No. 7, 2000, pp. 2402-2410.
Ketcha et al., "Synthesis of Alyl-Substituted N-Protected Indoles via Acylation and Reductive Deoxygenation1" J. Org. Chem., vol. 54, 1989, pp. 4350-4356.
Khan et al, "Reactions of Phenyl-Substituted Heterocyclic Compounds—II. Nitrations and Brominations of 1-Phenylpyrazole Derivatives," Canadian Journal of Chemistry, vol. 41, 1963, pp. 1540-1547.
Lee, J. S. et al, "Synthesis and in Vitro Activity of Novel Isoxazolyl Tetrahydropyridinyl Oxazolidinone Antibacterial Agents," Bioorganic & Medicinal Chemistry Letters, 2003, vol. 13, pp. 4117-4120.
Liang et al., "JNJ-28431754/TA-7284, an Inhibitor of Sodium-Glucose Cotransporter 2, Ameliorates Diabetic Syndrome in the Zucker Diabetic Fatty Rat," Oct. 2009, Poster presented at International Diabetes Federation 20th World Diabetes Congress, Montreal, Canada.
Liang et al., "JNJ-28431754/TA-7284, an Inhibitor of Sodium-Glucose Cotransporter 2, Reduces Body Weight Gain in Zucker Fatty Rats," Oct. 2009, Poster presented at International Diabetes Federation 20th World Diabetes Congress, Montreal, Canada.
Liang et al., "JNJ-28431754/TA-7284, an SGLT Inhibitor, Lowers Blood Glucose and Reduces Body Weight in Obese and type 2 Diabetic Animal Models," Jun. 2009.
Lin et al., "Syntheses of Guanidinoglycosides with the Inventive use of Mitsunobu Conditions and 1, 8-Diazabicyclo[5.4.0]undec-7-ene.", Synthesis, No. 2, 2003, pp. 255-261.
Link et al., "A method for preparing C-glycosides related to phlorizin" Tetrahedron Letters, vol. 41, 2000, pp. 9213-9217.
Lipscombe et al., "Trends in diabetes prevalence, incidence, and mortality in Ontario, Canada 1995-2005: a population-based study", Lancet, vol. 369, 2007, pp. 750-756.
Maatooq, "C-p-Hydroxybenzoylglycoflavones from Citrullus Colocynthis", Phytochemistry, vol. 44, No. 1, Jan. 1997, pp. 187-190.
Mackenzie et al., "Biophysical Characteristics of the Pig Kidney Na+/Glucose Cotransporter SGLT2 Reveal a Common Mechanism for SGLT1 and SGLT2", J. Biol. Chem., vol. 271, No. 5, 1996, pp. 32678-32683.
Manis et al., "Metabolism of 4,4'-Methylenebis(2-chloroaniline) By Canine Liver and Kidney Slices.", Drug Metabolism and Disposition, vol. 14, No. 2, 1986, pp. 166-174.
Marsenic, "Glucose Control by the Kidney: An Emerging Target in Diabetes.", Am. J. of Kidney Diseases, vol. 53, No. 5, May 2009, pp. 875-883.
Matsuda et al., "Insulin Sensitivity Indices Obtained From Oral Glucose Tolerance Testing: Comparison with the euglycemic insulin clamp," Diabetes Care, vol. 22, No. 9, Sep. 1999, pp. 1462-1470.
Matthews et al., "Homeostasis model assessment: insulin resistance and β-cell function from fasting plasma glucose and insulin concentrations in man," Diabetolgia, vol. 28, 1985, pp. 412-419.
Meanwell et al., "Regiospecific Functionalization of 1,3-Dihydro-2H-benzimidazol-2-one and Structurally Related Cyclic Urea Derivates.", J. Org. Chemistry, vol. 60, No. 6, 1995, pp. 1565-1582.
Meng et al., "Discovery of Dapagliflozin: A Potent, Selective Renal Sodium-Dependent Glucose Cotransporter 2 (SGLT2) Inhibitor for the Treatment of Type 2 Diabetes", J. Med. Chem., vol. 51, No. 5, 2008, pp. 1145-1149.
Messaoudi, S. et al, "Synthesis and biological evaluation of oxindoles and benzimidazolinones derivatives," European Journal of Medicinal Chemistry, 2004, vol. 39, pp. 453-458.
Mewshaw et al., "New Generation Dopaminergic Agents. 7. Heterocyclic Bioisosteres that Exploit the 3-OH-Phenoxyethylamine D2 Template", Bioorganic & Medicinal Chemistry Letters, vol. 9, 1999, pp. 2593-2598.
Miyaura et al., "Palladium-Catalyzed Cross-Coupling Reactions of Organoboron Compounds.", Chem. Rev., vol. 95, No. 7, 1995, pp. 2457-2483.

Nishimura et al, "Tissue-specific mRNA Expression Profiles of Human ATP-binding Cassette and Solute Carrier Transporter Superfamilies," Drug Metab. Pharmacokinet., vol. 20, No. 6, 2005, pp. 452-477.
Nomura et al., "Discovery of Novel C-glucosides with Thiophene Ring as Sodium-dependent Glucose Cotransporter 2 Inhibitors for the Treatment of Type 2 Diabetes Mellitus", MEDI 151, Abstract, The 238th ACS National Meeting, Washington, DC, Aug. 16-20, 2009; American Chemical Society: Washington, D.C.
Nomura, "Renal Sodium-Dependent Glucose Cotransporter 2 (SGLT2) Inhibitors for New Anti-Diabetic Agent," Current Topics in Medicinal Chemistry, vol. 10, No. 4, 2010, pp. 411-418.
Notice of pre-grant Opposition from counterpart Costa Rica Appl. No. 10861, pp. 1-9.
Office Action in U.S. Appl. No. 11/045,446, dated Dec. 5, 2008.
Office Action in U.S. Appl. No. 11/045,446, dated Jun. 16, 2008.
Office Action in U.S. Appl. No. 11/045,446, dated Oct. 1, 2009.
Ohsumi et al. "Pyrazole-O-Glucosides as Novel Na+ -Glucose Cotransporter (SGLT) Inhibitors" Bioorganic & Medicinal Chemistry Letters, vol. 13, 2003, pp. 2269-2272.
Oku et al., "T-1095, an Inhibitor of Renal Na+-Glucose Cotransporters, May Provide a Novel Approach to Treating Diabetes", Diabetes, vol. 48, Sep. 1999, pp. 1794-1800.
Opposition to an Invention Patent (and English translation thereof) from counterpart Costa Rica application 11.263.
Opposition to an Invention Patent from counterpart Costa Rica Appl. No. 10861, pp. 1-9.
Orjales et al. "New 2-Piperazinylbenzimidazole Derivatives as 5-HT-3 Antagonists. Synthesis and Pharmacological Evaluation," J. Med. Chem., vol. 40, 1997, pp. 586-593.
Parker, K. A. et al, "Reductive Aromatization of Quinols: Synthesis of the C-Arylglycoside Nucleus of the Paulacandins and Chaetiacandin," Organic Letters, 2000, vol. 2, No. 4, pp. 497-499.
Patani et al., "Bioisosterism: A Rational Approach to Drug Design", Chem. Rev., American Chemical Society, vol. 96, 1996, pp. 3147-3176.
Peng et al., "Post-transcriptional Regulaton of Na+/Glucose Cotransporter (SGTL1) Gene Expression in LLC-PK1 Cells.", Journal of Biological Chemistry, vol. 270, No. 35, 1995, pp. 20536-20542.
Polidori et al., "Frequently Used Insulin Sensitivity Measures May Be Inappropriate for Subjects Treated With SGLT2 Inhibitors," Jun. 2009, Poster presented at the American Diabetes Assoc. 69th Scientific Sessions, Jun. 5-9, 2009, New Orleans, LA.
Raynaud et al., "Revised Concept for the Estimation of Insulin Sensitivity From a Single Sample.", Diabetes Care, vol. 22, No. 6, Jun. 1999, pp. 1003-1004.
Rossetti et al, "Correction of Hyperglycemia with Phlorizin Normalizes Tissue Sensitivity to Insulin in Diabetic Rats," J. Clin. Invest., vol. 79, May 1987, pp. 1510-1515.
Rossetti et al, "Effect of Chronic Hyperglycemia on in Vivo Insulin Secretion in Partially Pancreatectomized Rats," J. Clin. Invest., vol. 80, Oct. 1987, pp. 1037-1044.
Rossetti et al., "Glucose Toxicity," Diabetes Care, vol. 13, Issue 6, 1990, pp. 610-630, Abstract only.
Schmidt, R. R. et al, "Synthese von Pyrazol-, Pyrazolo[3,4-d]pyrimidin-und 1H-1,2,4-Triazolgluconucleosiden aus Glucosehydrazonen," Liebigs Ann. Chem., 1981, pp. 2309-2317.
Silverman, "The Organic Chemistry of Drug Design and Drug Action," Academic Press, 1992, pp. 19-23.
Somei et al., "The First and Simple Total Synthesis of Cappariloside A1," Heterocycles, vol. 53, No. 7, 2000, pp. 1573-1578.
Srogl et al., "Sulfonium Salts. Participants par Excellence in Metal-Catalyzed Carbon-Carbon Bond-Forming Reactions", J. Am. Chem. Soc., vol. 119, No. 50, 1997, pp. 12376-12377.
Stoner et al, "Benzylation via Tandem Grignard Reaction - lodotrimethylsilane (TMSI) Mediated Reduction," Tetrahedron, vol. 51, No. 41, 1995, pp. 11043-11062.
Stumvoll et al., "Use of the Oral Glucose Tolerance Test to Assess Insulin Release and Insulin Sensitivity.", Diabetes Care, vol. 23, No. 3, Mar. 2000, pp. 295-301.
Tanaka et al. "Solid-Phase Synthesis of β-Mono-Substituted Ketones and an Application to the Synthesis of a Library of Phlorizin Derivatives", Synlett, No. 9, 2002, pp. 1427-1430.
The State Intellectual Property Office of P.R. China Office Action, Appl. No. 2004800220078, Dec. 26, 2008, pp. 1-6, Second Office Action, English translation.
The State Intellectual Property Office of P.R. China Office Action, Appl. No. 2004800220078, Oct. 19, 2007, pp. 1-6, First Office Action, English translation.
The State Intellectual Property Office of P.R. China the Decision of Rejection (PCT) Action, Appl. No. 2004800220078, Nov. 2009, pp. 1-7.
The State Intellectual Property Office of P.R. China, Observations (1st), Appl. No. 2004800220078, May 2008, pp. 1-3, English translation.
The State Intellectual Property Office of P.R. China, Observations (2nd), Appl. No. 2004800220078, May 2009, pp. 1-4, English translation.
The State Intellectual Property Office of P.R. China, Record of Interview, Appl. No. 2004800220078, Sep. 2009, pp. 1-7, English translation.
The State Intellectual Property Office of P.R. China, Response to the Decision of Rejection (PCT), Appl. No. 2004800220078, Feb. 2010, pp. 1-27, English translation.
Thornber, "Isosterism and Molecular Modification in Drug Design", Chemical Society Reviews, vol. 8, 1979, pp. 563-580.
Tilak, B.D. et al, "Carcinogenesis by Thiophene Isosters of Polycyclic Hydrocarbons," Tetrahedron, 1960, vol. 9, pp. 76-95.
Tsujihara et al, "Na+-Glucose Cotransporter (SGLT) Inhibitors as Antidiabetic Agents. 4. Synthesis and Pharmacological Properties of 4'-Dehydroxyphlorizip Derivatives Substituted on the B Ring," J. Med. Chem., vol. 42, No. 26, 1999, pp. 5311-5324.
Tsujihara et al., "Na+ -Glucose Cotransporter Inhibitors as Antidiabetic.l. Synthesis and Pharmacological Properties of 4'-Dehydroxyphlorizin Derivatives Based on a New Concept," Chem. Pharm. Bull., vol. 44, No. 6, 1996, pp. 1174-1180.
Tsujihara et al., Bio Clinica, vol. 13, No. 4, 1998, pp. 324-328, English language Abstract.
Turk et al., "Glucose/galactose malabsorption caused by a defect in the Na+/glucose cotransporter," Nature, vol. 350, Mar. 1991, pp. 354-356.
Ueta et al, "Anti-diabetic and Anti-obesity effects of TA-7284, a Novel SGLT2 Inhibitor," Partial English translation, JDS Poster Presentation, 2009.
Ueta et al, "Long-term treatment with the Na+-glucose cotransporter inhibitor T-1095 causes sustained improvement in hyperglycemia and prevents diabetic neuropathy in Goto-Kakizaki Rats," Life Sciences, vol. 76, 2005, pp. 2655-2668.
Unger et al., "Hyperglycaemia as an inducer as well as a consequence of impaired islet cell function and insulin resistance: implications for the management of diabetes.", Diabetologia, vol. 28, 1985, pp. 119-121.
Wallace et al., "Use and Abuse of HOMA Modeling.", Diabetes Care, vol. 27, No. 6, Jun. 2004, pp. 1487-1495.
Wang et al, "Selective monolithiation of 2,5-dibromopyridine with butyllithium," Tetrahedron Letters, vol. 41, 2000, pp. 4335-4338.
Wareham et al., "Is There Really an epidemic of diabetes?", Diabetologia, vol. 48, 2005, pp. 1454-1455.
Washburn, "Evolution of sodium glucose co-transporter 2 inhibitors as anti-diabetic agents," Expert Opin. Ther. Patents, vol. 19, No. 11, 2009, pp. 1485-1499.
Wild et al., "Global Prevalence of Diabetes: Estimates for the year 2000 and projections for 2030," Diabetes Care, vol. 27, No. 5, May 2004, pp. 1047-1053.
Wolff, vol. 1: Principles and Practice, Burger's Medicinal Chemistry and Drug Discovery, 5th Edition, 1995, pp. 975-977.
Wright, "Renal Na+-glucose cotransporters," Am J Physiol Renal Physiol, vol. 280, 2001, pp. F10-F18.
Yang et al., "Convergent C-Glycolipid Synthesis via the Ramberg-Backlund Reaction: Active Antiproliferative Glycolipids", vol. 1, No. 13, Org. Lett. 1999, pp. 2149-2151.
Yoshimura, H. et al, "Discovery of Novel and Potent Retinoic Acid Receptor alpha- Agonists: Synthesis and Evaluation of

Benzofuranyl-pyrrole and Benzothiophenyl-pyrrole Derivatives," J. Med. Chem., 2000, vol. 43, pp. 2929-2937.
Zamani, "Synthesis and Structure Determination of Some New N-Glycosides of 4,5-Disubstituted-1,2,4-triazole-3-thiones", Journal of the Chinese Chemical Society, vol. 49, 2002, pp. 1041-1044.
Zhou, "The Synthesis and Characterization of 1-Benzyl-3-N-(Beta-D-glucoside-1-yl)-5-fluorouracil", Hecheng Huaxue, vol. 9, No. 3, 2001, pp. 272-274.

* cited by examiner


X-RAY POWDER DIFFRACTION
(cps)
25000
20000
15000
10000
5000
0
10.0000
20.0000
30.0000
40.0000
2θ(°)

FIG.1


INFRA-RED SPECTRUM
%T
79.99
70.0
60.0
50.0
40.0
30.0
20.0
10.0
2.24
4000.0
3600
3200
2800
2400
2000
1800
1600
1400
1200
1000
800
600
400.0
cm-1

FIG.2

# CRYSTALLINE FORM OF 1-(β-D-GLUCOPYRANOSYL)-4-METHYL-3-[5-(4-FLUOROPHENYL)-2-THIENYL-METHYL]BENZENE HEMIHYDRATE

This application is a Continuation of U.S. application Ser. No. 11/987,670 filed Dec. 3, 2007, which issued as U.S. Pat. No. 7,943,582 on May 17, 2011, which claims the benefit of priority under 35 U.S.C. §119(e) of U.S. Application No. 60/868,426, filed Dec. 4, 2006. U.S. application Ser. No. 11/987,670 also claims the benefit of priority of JP 2006-327019, filed Dec. 4, 2006. The entire content of each of the above-identified applications is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate useful as an inhibitor of sodium-dependent glucose transporter, to methods for its preparation and isolation, to pharmaceutical compositions which include the compound and a pharmaceutically acceptable carrier, and to pharmaceutical methods of treatment.

2. Description of the Related Art

WO 2005/012326 pamphlet discloses a class of compounds that are inhibitors of sodium-dependent glucose transporter (SGLT) and thus of therapeutic use for treatment of diabetes, obesity, diabetic complications, and the like. There is described in WO 2005/012326 pamphlet 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene of formula (I):




(I)

In general, for commercial use it is important that a product should have good handling qualities. Additionally, there is a need to produce the product in a pure and crystalline form to enable formulations to meet exacting pharmaceutical requirements and specifications.

And it is desirable that the product should be in a form that is readily filterable and easily dried. Additionally, it is economically desirable that the product be stable for extended periods of time without the need for specialized storage conditions.

But there have been difficulties in obtaining a crystal form of the compound of formula (I) from organic solvents.

It has now been discovered that the compound of formula (I) hemihydrate can be produced in a crystalline form in a manner reproducible on a commercial scale.



## SUMMARY OF THE INVENTION

The present invention provides a crystalline form of hemihydrate of the compound of formula (I) as a novel material, in particular in pharmaceutically acceptable form.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1**:

X-ray powder diffraction pattern of the crystalline of hemihydrate of the compound of formula (I).

FIG. **2**:

Infra-red spectrum of the crystalline of hemihydrate of the compound of formula (I).

## DETAILED DESCRIPTION OF THE INVENTION

The inventors of the present invention have found that the compounds of formula (I) can be crystallized from a water-containing solvent and the crystalline form of hemihydrate of the compounds (I) have good handling qualities and characteristics.

Accordingly, the present invention is directed to:

1. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene.

2. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene characterized by a powder x-ray diffraction pattern comprising the following 2θ values measured using $CuK_\alpha$ radiation: 4.36±0.2, 13.54±0.2, 16.00±0.2, 19.32±0.2, 20.80±0.2.

3. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, having substantially the same X-ray powder diffraction pattern as set out in FIG. **1**.

4. A crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, having substantially the same IR spectrum, as set out in FIG. **2**.

5. A process for the preparation of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene, which comprises forming a solution of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene and crystallizing said hemihydrate from the solution by precipitation or recrystallization.

6. A pharmaceutical composition comprising an effective amount of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene and a pharmaceutically acceptable carrier.

7. A method for treatment or delaying the progression or onset of diabetes mellitus, diabetic retinopathy, diabetic neuropathy, diabetic nephropathy, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, diabetic complications, atherosclerosis, or hypertension, which comprises administering a therapeutically effective amount of a crystalline of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene.

As discussed, the present invention includes a certain solid state crystalline form. Several methods for characterizing such forms exist, and the invention should not be limited by the methods chosen or the instrumentation used in characterizing the compounds of the present invention. For example, with regard to x-ray diffraction patterns, the diffraction peak intensities in the experimental patterns can vary, as is known in the art, primarily due to preferred orientation (non-random

orientation of the crystals) in the prepared sample. As such, the scope of the present invention must be considered in light of the variability of characterization that is appreciated by those skilled in the art.

X-Ray Powder Diffraction

The crystalline form of the present invention (I) is characterized by its X-ray powder diffraction pattern. The X-ray diffraction pattern of the crystalline of hemihydrate of the compound (I) was measured on an X-ray diffractometer (RINT-TTR III, Rigaku, Tokyo, Japan) with measured using CuK□ radiation. Methodology of X-ray powder diffraction is as follows:

Scanning rate: 2.00 degree/minute.

Target: CuK□.

Voltage: 50 kV.

Current: 300 mA.

Scan range: from 3 to 40.0 degree.

Sampling width: 0.0200 degree.

Infra-Red Spectrum

The infra-red spectrum of the crystalline form of the present invention in mineral oil comprises the following main peaks: 1626, 1600, 1549, and 1507 $cm^{-1}$.

The infra-red spectrum of crystalline compound (I) hemihydrate is shown in the accompanying drawing in which the ordinate is the transmittance in % and the abscissa is the wavenumber in $cm^{-1}$.

Thermogravimetric Analysis

The crystalline form of the present invention has been observed to exist in a hemihydrate form. The theoretical water content of the crystalline of the present invention is 1.98%. The thermogravimetric analysis for the crystalline of the present invention shows a mass loss of 1.705%.

Methodology of thermogravimetric analysis is as follows: about 8 mg of compound (I) hemihydrate is weighed and transferred in an aluminum cell holder for TG-50 (Shimadzu, Japan), and then, the thermogravimetric (TG) thermal curve of crystalline compound (I) hemihydrate is determined at a heat rate of 5° C./minute. Typical measuring range is from ambient to 150° C.

The present invention also provides a process for producing the crystalline form of hemihydrate of the compound (I) which comprises forming a solution of compound (I) and precipitating the crystalline form from solution.

Typically, the crystalline of hemihydrate of the compound (I) may be obtained from a mixture of the compound of formula (I), a good solvent and water, optionally containing a poor solvent.

Sometimes some impurities may act as crystallization inhibitors, and impurities need to be removed using a conventional manner, such as silica gel column chromatography. However, the crystalline of hemihydrate of the compound of formula (I) can even be obtained from relatively impure compound (I).

The present invention also provides a pharmaceutical composition comprising the crystalline of hemihydrate of the compound (I) and a pharmaceutically acceptable carrier.

The crystalline compound of the present invention possesses activity as inhibitors of sodium-dependent glucose transporters, and show excellent blood glucose lowering effect.

The crystalline form of the present invention are expected to be useful in the treatment, prevention or delaying the progression or onset of diabetes mellitus (type 1 and type 2 diabetes mellitus, etc.), diabetic complications (such as diabetic retinopathy, diabetic neuropathy, diabetic nephropathy), postprandial hyperglycemia, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, atherosclerosis, or hypertension.

The crystalline form of the present invention or a pharmaceutically acceptable salt thereof may be administered either orally or parenterally, and can be used in the form of a suitable pharmaceutical preparation. Suitable pharmaceutical preparations for oral administration include, for example, solid preparations such as tablets, granules, capsules, and powders, or solution preparations, suspension preparations, emulsion preparations, and the like. Suitable pharmaceutical preparations for parenteral administration include, for example, suppositories; injection preparations or intravenous drip preparations, using distilled water for injection, physiological saline solution or aqueous glucose solution; and inhalant preparations.

The pharmaceutical compositions herein will contain, per dosage unit, e.g., tablet, capsule, powder, injection, suppository, teaspoonful and the like, from about 0.01 mg/kg to about 100 mg/kg body weight (preferably from about 0.01 mg/kg to about 50 mg/kg; and, more preferably, from about 0.01 mg/kg to about 30 mg/kg) of the active ingredient, and may be given at a dosage of from about 0.01 mg/kg/day to about 100 mg/kg/day (preferably from about 0.01 mg/kg/day to about 50 mg/kg/day and more preferably from about 0.01 mg/kg/day to about 30 mg/kg/day). The method of treating a disorder described in the present invention may also be carried out using a pharmaceutical composition comprising the crystalline form as defined herein and a pharmaceutical acceptable carrier. The dosage form will contain from about 0.01 mg/kg to about 100 mg/kg (preferably from about 0.01 mg/kg to about 50 mg/kg; and, more preferably, from about 0.01 mg/kg to about 30 mg/kg) of the active ingredient, and may be constituted into any form suitable for the mode of administration selected. The dosages, however, may be varied depending upon administration routes, the requirement of the subjects, the severity of the condition being treated and the compound being employed. The use of either daily administration or post-periodic dosing may be employed.

The crystalline form of the present invention may be used, if necessary, in combination with one or more of other anti-diabetic agents, antihyperglycemic agents and/or agents for treatment of other diseases. The present compounds and these other agents may be administered in the same dosage form, or in a separate oral dosage form or by injection.

The dosage of those agents may vary according to, for example, ages, body weight, conditions of patients, administration routes, and dosage forms.

These pharmaceutical compositions may be orally administered to mammalian species including human beings, apes, and dogs, in the dosage form of, for example, tablet, capsule, granule or powder, or parenterally administered in the form of injection preparation, or intranasally, or in the form of transdermal patch.

The crystalline form of hemihydrate of the compound of formula (I) can be prepared from a mixture of the compound (I), a good solvent and water, optionally containing a poor solvent.

Examples of good solvents which have been found suitable include ketones (e.g., acetone, 2-butanone), esters (e.g., ethyl acetate, methyl acetate), alcohols (e.g., methanol, ethanol, i-propanol), and a mixture of these solvents. Examples of poor solvents include alkanes (e.g., hexane, heptane), aromatic hydrocarbons (e.g., benzene, toluene), ethers (e.g., diethyl ether, dimethyl ether, diisopropyl ether) and a mixture of these solvents.

One preferred preparation of the crystalline form of hemihydrate of the compound of formula (I) typically involves dissolving in a good solvent (e.g., ketones or esters) crude or amorphous compound of formula (I) prepared in accordance with the procedures described in WO 2005/012326 pamphlet, and adding water and a poor solvent (e.g., alkanes or ethers) to the resulting solution, followed by filtration.

In case that a good solvent is soluble in water, a poor solvent needs not be used and water may be added to the solution of the compound of formula (I) in the good solvent so the solubility of the compound of formula (I) can be decreased in the solution.

In case that a poor solvent is used, water is preferably used in amount of 1 to 10 molar equivalents to the compound of formula (I), the good solvent is preferably used in amount of 10 to 100 times of volume of water, and the poor solvent is preferably used in amount of 0.1 to 10 times of volume of the good solvent.

The crystalline form of hemihydrate of the compound of formula (I) is significantly easier to isolate than amorphous form of the compound and can be filtered from the crystallization medium after cooling, and washed and dried. Also, the crystalline form of the present invention is more stable than the amorphous form of the compound of formula (I).

## EXAMPLES

### Example 1

### Crystalline 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate

1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene was prepared in a similar manner as described in WO 2005/012326.




The precise conditions under which the crystalline of hemihydrate of the compound (I) is formed may be empirically determined.

Under these conditions, crystallization can preferably be carried out at a lowered, ambient or elevated temperature.

(1) To a solution of 5-bromo-1-[5-(4-fluorophenyl)-2-thienylmethyl]-2-methylbenzene (1, 28.9 g) in tetrahydrofuran (480 ml) and toluene (480 ml) was added n-butyllithium (1.6M hexane solution, 50.0 ml) dropwise at −67 to −70° C. under argon atmosphere, and the mixture was stirred for 20

minutes at the same temperature. Thereto was added a solution of 2 (34.0 g) in toluene (240 ml) dropwise at the same temperature, and the mixture was further stirred for 1 hour at the same temperature. Subsequently, thereto was added a solution of methanesulfonic acid (21.0 g) in methanol (480 ml) dropwise, and the resulting mixture was allowed to warm to room temperature and stirred for 17 hours. The mixture was cooled under ice—water cooling, and thereto was added a saturated aqueous sodium hydrogen carbonate solution. The mixture was extracted with ethyl acetate, and the combined organic layer was washed with brine and dried over magnesium sulfate. The insoluble was filtered off and the solvent was evaporated under reduced pressure. The residue was triturated with toluene (100 ml)—hexane (400 ml) to give 1-(1-methoxyglucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]-benzene (3) (31.6 g). APCI-Mass m/Z 492 ($M+NH_4$).

(2) A solution of 3 (63.1 g) and triethylsilane (46.4 g) in dichloromethane (660 ml) was cooled by dry ice—acetone bath under argon atmosphere, and thereto was added dropwise boron trifluoride.ethyl ether complex (50.0 ml), and the mixture was stirred at the same temperature. The mixture was allowed to warm to 0° C. and stirred for 2 hours. At the same temperature, a saturated aqueous sodium hydrogen carbonate solution (800 ml) was added, and the mixture was stirred for 30 minutes. The organic solvent was evaporated under reduced pressure, and the residue was poured into water and extracted with ethyl acetate twice. The organic layer was washed with water twice, dried over magnesium sulfate and treated with activated carbon. The insoluble was filtered off and the solvent was evaporated under reduced pressure. The residue was dissolved in ethyl acetate (300 ml), and thereto were added diethyl ether (600 ml) and $H_2O$ (6 ml). The mixture was stirred at room temperature overnight, and the precipitate was collected, washed with ethyl acetate—diethyl ether (1:4) and dried under reduced pressure at room temperature to give 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate (33.5 g) as colorless crystals. mp 98-100° C. APCI-Mass m/Z 462 ($M+NH_4$). $^1$H-NMR (DMSO-$d_6$) δ 2.26 (3H, s), 3.13-3.28 (4H, m), 3.44 (1H, m), 3.69 (1H, m), 3.96 (1H, d, J=9.3 Hz), 4.10, 4.15 (each 1H, d, J=16.0 Hz), 4.43 (1H, t, J=5.8 Hz), 4.72 (1H, d, J=5.6 Hz), 4.92 (2H, d, J=4.8 Hz), 6.80 (1H, d, J=3.5 Hz), 7.11-7.15 (2H, m), 7.18-7.25 (3H, m), 7.28 (1H, d, J=3.5 Hz), 7.59 (2H, dd, J=8.8, 5.4 Hz). Anal. Calcd. for $C_{24}H_{25}FO_5S.0.5H_2O$: C, 63.56; H, 5.78; F, 4.19; S, 7.07. Found: C, 63.52; H, 5.72; F, 4.08; S, 7.00.



Example 2

An amorphous powder of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene (1.62 g) was dissolved in acetone (15 ml), and thereto were added $H_2O$ (30 ml) and a crystalline seed. The mixture was stirred at room temperature for 18 hours, and the precipitate was collected, washed with acetone—$H_2O$ (1:4, 30 ml) and dried under reduced pressure at room temperature to give 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate (1.52 g) as colorless crystals. mp 97-100° C.

The invention claimed is:

**1**. A crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate having an infra-red spectrum in mineral oil comprising the following main peaks: 1626, 1600, 1549, and 1507 $cm^{-1}$.

**2**. A process for the preparation of a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1**, which comprises forming a solution of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluoro-phenyl)-2-thienylmethyl]benzene and crystallizing said hemihydrate from the solution by precipitation or recrystallization.

**3**. A pharmaceutical composition comprising an effective amount of a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1** and a pharmaceutically acceptable carrier.

**4**. A method for treatment or delaying the progression or onset of diabetes mellitus, diabetic retinopathy, diabetic neuropathy, diabetic nephropathy, delayed wound healing, insulin resistance, hyperglycemia, hyperinsulinemia, elevated blood levels of fatty acids, elevated blood levels of glycerol, hyperlipidemia, obesity, hypertriglyceridemia, Syndrome X, diabetic complications, atherosclerosis, or hypertension, which comprises administering a therapeutically effective amount of a crystalline form of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene hemihydrate of claim **1** to a subject in need thereof.

**5**. A method for inhibiting a sodium-dependent glucose transporter in a mammal in need thereof, comprising administering to said mammal a therapeutically effective amount of the crystalline form of hemihydrate of 1-(β-D-glucopyranosyl)-4-methyl-3-[5-(4-fluorophenyl)-2-thienylmethyl]benzene of claim **1**.

* * * * *